# Superior Court
## of
The Continental united States of America
21250 Dave Wood Road
Montrose, Colorado [81403-9998]
(970)-249-8879
superiorcourt2.us@gmail.com

TO: Clerk, U.S. Bankruptcy Court
District of Colorado
721 19th St.
Denver, CO 80202-2508

Plaintiff:
Joli A. Lofstedt, Esquire, BAR Reg., No. #21946
950 Spruce St. Suite #1
Louisville, CO 80227

"Plaintiff's" Attorney
Joseph G. Rosania, Esquire, BAR Reg. No. #12499
950 Spruce St.; Suite #1
Louisville, CO 80227

---

RE:

private patents & estates
of

## "Robert Joseph Intlekofer"

v.

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO, ET AL; INTERNAL REVENUE SERVICE CORPORATION, INC., ET AL; JOLI A. LOFSTEDT, ESQ., ET AL; CONNOLLY, ROSANIA & LOFSTEDT, P.C., ET AL

Fictional Case No.'s #14-11530-HRT & #15-01364

---

SUBJECT:

RESPONSE TO COMBINED FICTIONAL ADVERSARY PROCEEDING NO. #15-01364
&

1

TRUSTEE' MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

This Honorable court of the People find the Fictional ADVERSARY PROCEEDING & the TRUSTEE'S MOTION FOR ENTRY OF PRELIMARY INJUNCTION, introduced by Joseph G. Rosania, Esquire, and Joli A. Lofstedt, Esquire, to be aggregiously frivilous, vexatious, retaliatory, and childish, to say the very least. To incite such litigation against this independent court's opinions & rulings is an unbridled act of barratry, which, under nearly all law systems, is a felony.

This court finds, too, that the "alleged" Plaintiff's attorney(s) fail to state any form of meritorious claim as to their lawful jurisdiction, power, or authority, to bring such unwarranted charges, based on the following unrebutted facts in evidence, law, and in commerce.

Note: This RESPONSE is, again, an Affidavit of Truth, and like this court's earlier ruling, must be rebutted point-by-point, within ten (10) days time, otherwise the statements made, herein, stand as fact in evidence, under law, and in commerce.

1. The Plaintiff's attorneys, and the Federal Bankruptcy Court, failed to respond in a timely & lawful manner to this court's opinions, allegations, and rulings, in a point-by-point response, or a rebuttal. It is NOT enough to simply deny, or reject, the claims made in this affidavit, or the earlier affidavit. Failure to answer lawfully & Truthfully, the Plaintiffs, and the Federal Bankruptcy Court, are now in commercial dishonor & default, whether they like it, or not.

2. Having chosen to acquiesce, and having failed to respond responsibility, properly, professionally, in a timely manner, and point-by-point, is a pound breach, and continues to be an admission of guilt to the crimes alleged, and that the attorney(s) for the "alleged" Plaintiff, have agreed to, and have accepted, the terms & conditions of this court's earlier opinions & rulings as the law superior to their own system of in-Just-us.

3. The attorneys for the "alleged" Plaintiff, the I.R.S., et al, have made several key errors & omissions in their re-presenting their client. These errors, a.k.a. "intentional omissions," are particularly vexing & troubling, especially if these errors & omissions were to be heard by an independant common law jury, or even by a properly administered grand jury convened by the County Sheriff, or by the US Attorney General's Office. These "errors," a.k.a. "intentional omissions" are as follows;

a. By failing to fully disclose that the I.R.S. is a corporate subsidiary of the B.A.R., as, clearly, evident in the S.E.C.'s Registry of the "Northern Trust Corporation" [See attached], all contracts alleged & presumed by Joli A Lofstedt, and Joseph

2

G. Rosania, are nullities. These "contracts" include the private court's presumptive assignment to Joli A. Lofstedt as "estate Trustee." The attorney's failure to disclose these very serious "Conflicts of Interest" is, at the very least, a felony under Colorado law & Federal Law, but to deceive, commit fraud, and misrepresent the I.R.S. as the "aggrevied Party," or as an "injured party," is, yet, an another violation of attorney's very own Professional Rules of Conduct. For the attorneys NOT to know their own laws, rules, and covenants, is tortious, and worthy of disbarment, along with other corporate & non-corporate sanctions & penalties.

b. For "Judge Tallman," a B.A.R. member, an "Officer of the court," and a corporate colleague of the prosecuting attorney, the "Court Appointed" "Trustee of the Action," and alleged "estate Trustee," NOT to have disclosed this information to Mr. Intelkofer, or to the public, is equally malicious & tortious, and a violation of his very own corporate charter. This "act-ion" is a "Breach of the Trust" with any number of his/her "Private Corporate Boards," and "Shareholders," to which he/she must answer, wherein all of these "Boards," and "Shareholders," have been injured by his/her failure to disclose the Truth. To say that Mr. Tallman's Oath of Office is "perjury," is reason enough for his immediate disbarment, and this is to say, that the entire iceberg floats above the surface of the sea. Looking further, we find that Crown Administrator Tallman does NOT have an Oath of Office to operate within the geographical boundaries of the Land known as Colorado, yet, he has Colorado BAR Registry No. #10103, but he is currently "Inactive." From these very same records recovered from the Colorado Supreme Court, we find that Crown Administrator Tallman does NOT carry ANY "Professional Liability Insurance," which is required under Colorado law.

c. Both Mr. Tallman, and the attorney(s) for the Plaintiff, failed to disclose that the "alleged" Plaintiff(s) are, by design & performance, are privately incorporated, and they have, by their "Articles of Incorporation," and by their very own Dun & Bradstreet Reg. No. #040539587, and the US Department of Treasury, a.k.a. "I.R.S., with their very own Dun & Bradstreet No. #026661067, wherein, neither can, in any form, or manner, be "injured," particularly, when the Laws that establish their construction & practices, ie; 26 USC, have been lawfully & successfully challenged in numerous State & Federal filings, as being contrary to, and abrogations of, the US Constitution. From those 48 States, and US Congress, who were tasked with ratification of the XVI Amendment in 1913, there exists NO evidence showing the XVI Amendment of having been properly & lawfully ratified. Thus, the jurisdiction, power, and authority, to collect taxes, other than thru "voluntary" filing of taxes taxes, does NOT exist! The XVI Amendment, again, which was to delegate the powers of the I.R.S., was never lawfully ratified by the States, or by the US Congress, and thus, they have NEVER been lawfully commissioned under the US Constitution, or under ANY

3

State Constitution, or under ANY lawful statute, to act against Mr. Intelkofer, or against any other citizen, or American National, in the first place. Without the Law, or by "Consent of Congress," and without lawful Warrants, the I.R.S., nor any one coming to their defense, ie; "The BAR," could argue in the face of these irrefutable facts in evidence. It MUST stand, then, by reason & common sense, the original "Plaintiff," a.k.a. "I.R.S.", and the "Trustee of the estate," are in violation of both State & Federal R.I.C.O. acts, in committing securities fraud upon the court, acting "in-concert," and in conspiracy, with Mr. Tallman, and other "Administrative Clerks" of the Crown Templar, to impair, deny, obstruct, and to prosecute Mr. Intelkofer, without the lawful authority to do so.

d. Should this private, for-profit court, or its attorneys for the "alleged" former & current Plaintiff, wish to do their own due diligence, they are welcome to research these facts via the fine work of Mr. Joseph Bannister, Mr. William Benson, Mr. William Conklin, and Dee Dee Kidd, or go to their repositories of the Truth @ NetworkUSA.org, the "Wallace Institute," or their adjoining website @www.anti-irs.com, wherein, any reasonable investigator, or truth-seeker, will need to argue each & every fact, allegation, report & documents, point-by-point, within the ten (10) day time frame to meet the demands of this dejure court of law.

e. This Honorable court would, also, notice Joli A. Lofstedt, Esquire, and Joseph G. Rosania, Esquire, for their attempts to falisfy & misrepresent this court's opinion & rulings as a mere "Lawsuit," which its opinions & rulings were NEVER intended to be. To presume that this "Court of the People" would even recognize the Federal District Bankruptcy Court as a Lawful, or even Constitutional, Article III court of law, with any level of personal, subject-matter, or territorial jurisdiction on the land, is to misconstrue & criminally misrepresent the very nature & mission of this Honorable Court. At the moment, there are NO lawful, Constitutional, Article III Courts of Law operating on the land of the Continental United States of America, as all of these pseudo/quasi courts are strictly "Corporate Administrative Tribunals" operating under Maritime & Admiralty Law. [See US v. CLASS-2014].

f. The attorneys of the "alleged" Plaintiffs CANNOT, under any circumstances, PRESUME, that this Court, or its judge, can be held in "Joinder" as a "DEFENDANT." This presumption is a ludicrous, malicious, and an aggregious "Misrepresentation" of the facts, and a semantic trick to defame the honor, character, and integrity, of this Court. The earlier ORDER of this court was done, not just for Mr. Intelkofer, but was precedential in its construction, and in its scope & powers, with its application to all similar cases involving the I.R.S., and bankruptcy courts, and applicable & relavent, whenever & wherever such

4

frauds are being perpetrated by the I.R.S., BAR members, and their private, for-profit, corporate courts.

g. This Honorable court, nor its judge, shall give these foreign attorneys, or their foreign Federal District Bankruptcy Court, its free-willed consent to procede in these matters, pursuant to their very own FRCP, Title #28, Section #636, wherein, these courts cannot procede without the continuing free willed-consent of "ALL parties," and they may NOT procede when they are in violation of their very own ABA's Rules of Professional Conduct, as defined & described as follows;

**Application of the Rules of Professional Conduct to Prosecutors: Jurisdictional Statement**
There is no question that prosecutors are subject to the rules of professional conduct. As ABA Formal Opinion 97-405, Conflicts in Representing Government Entities (1997), explained, "While lawyers who serve as public officers or employees are singled out for special treatment under a few rules, e.g., Rule 1.11 ('Successive Government and Private Employment') and 3.8 ('Special Responsibilities of a Prosecutor'), it has generally been assumed—correctly in our view—that such lawyers are in most other respects subject to the same obligations in representing their client that apply to lawyers representing private clients."

   Prosecutors acknowledge their ethical obligations as lawyers. Most prosecutors fulfill those obligations conscientiously and live up to the even higher responsibility of a minister of justice, as prescribed by Comment [1] to Rule 3.8. However, occasionally practices have taken hold in prosecutors' offices that, while driven by budgetary exigencies, fall short of their higher calling. It is such practices that have created the need for this opinion.

**Model Rule 8.4, *Misconduct***
A prosecutor who enters into the type of agreement described in this opinion violates Model Rule 8.4(c), which provides that: "It is professional misconduct for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation."

h. Both Joseph G. Rosania, Esquire, and Joli A. Lofstedt, Esquire, in violation of their very own ABA Professional Rules of Conduct, must now face numerous sanctions available to the injured party.  Of these sanctions, disbarment is recommended, as both are operating Ultra Vires, and pose a tremendous hazard to the public's health & welfare.

i. For either Joseph Rosania, Esquire, or Joli Lofstedt, Esquire, both of whom are B.A.R. members of equal status & standing to Howard Roger Tallman, Esquire, to "presume" that there remains an unsettled I.R.S. tax lien, when the I.R.S., itself, cannot validate, authenticate, or justify, any lien demands, other than by implied consent, or other extortive means, these actions are obvious attempts by Lofstedt and her attorney, to criminally extort even more money, assets, and other valuable considerations, from Mr. Intelkofer; all without the legal, or lawful authority to do so.  With no law, or even a statute, authorizing their actions, as previously stated in uncontested documentation & evidence showing the 16

Amendment of the US Constitution as being unratified by Congress, the I.R.S. MUST recognize their lack of enforcement to have EVER charged Mr. Intelkofer, either civily, or criminally.

Wherefore; the I.R.S., the Department of Treasury, the privately appointed "Trustee of the Estate," Joli A. Lofstedt, having operated Ulta Vires, and well outside of their "corporate capacities," MUST, upon this court Demand & Notice, return to Mr. Intelkofer all pirated property, assets, rights, freedoms, and pursuits, which they have taken by trickery, deceipt, intimidation, coercion, threats, and by the use of any "alleged" statute, code, rule, ordinance, or any color of law, used in this unlawful, malicious, and tortious, land & asset seizure scheme.

j. For Crown Administrator Tallman, also operating well outside of his "jurisdictional authority," and well outside of his "corporate capacity," to have alleged his personal, subject-matter, or territorial jurisdiction over the Private Patents & Estates of Mr. Intelkofer, must be held to account. His "jurisdictional authority" ends at the Boundary Stones demarking the City/State of Washington, D.C., wherein, he is committing acts of piracy on land, criminal trespass, criminal misrepresentation, and criminal conspiracy, with the aid & abetting of Joseph Rosania, Esquire, and Joli Lofstedt, Esquire, to commit fraud against Mr. Intelkofer, and against thousands of other American Nationals, as clearly described & defined under 15 USC 1 & 2.

k. For Administrator Tallman, posing as *"The Bankruptcy Court entered its Order granting the Water Rights Motion (to the Estate Trustee) over the formal objection of the IRS and the informal objection of the Debtor on May 29, 2015 (Docket No. 137),"* was, very simply, done with great prejudice, bias, and favoritism, towards the "Estate Trustee," and done with total & reckless disregard to the original Plaintiff, and the "alleged Debtor," Mr. Intelkofer. For these careless & disrespectful acts against humanity, Mr. Tallman, along with his BAR colleagues, are to be equally sanctioned by his own ABA, along with being charged under all applicable Colorado & Federal R.I.C.O. laws.

l. For Joli A. Lofstedt, Esquire, or Joseph G. Rosania, Esquire, to "presume" that *"J & E Investments withdrew from the water rights auction sale due to a threatening call it received from a third party on June 22, 2015 requesting it not go forward with the water rights auction because it would cause harm to the farm and a threatening letter it received from Curry, fictional judge of the fictional Superior Court of the Continental United States of America on June 23, 2015, which was written on behalf of the Debtor,"* is as highly inaccurate, as it is deceiptful in its nature & its semantic construction, for the following reasons;

a. A careful survey & review by any intelligent & rational individual of reason & common sense, would find that no "threats" were made by Curry to J & E
6

Investments, or anyone else. These conversations & writings were, contrary to Joseph Rosania's allegations, were civil & respectful advisories, warnings, cautions, and reminders, of what Universal & Natural Laws are, and how they were being violated by Joli A. Lofstedt, Esquire, and by Crown Administrator, Tallman. To cite history, or these laws, along with citations of accepted punishments fitting these crimes, cannot, in any way, shape, or form, be construed to be "threats!" The earlier Court Order, again, was NOT a "Lawsuit," nor did the court make any "presumptions," whatsoever, wherein all allegations & accusations were supported by historical fact & evidence. It was, after all, the free willed-exercise of Mr. Curry's individual rights to come the to aid of Mr. Intelkofer, who continues to face his accusers head-on. Mr. Intelkofer, like Mr. Curry, has not only the right, but an obligation, and duty to expose & prosecute criminal activity, wherever it might be [See 18 USC #3771]. To "presume" otherwise, is to argue the law, and to deprive any individual of these rights to defend another living being, is to illicit an unmeritorious claim of "interference," as alleged by Joseph Rosania; where it is, clearly, evident that a crime has been committed, and is being committed, and where it is equally clear, that the Federal Bankruptcy Court, Mr. Tallman, the "estate Trustee," and the "counsel" for the "estate Trustee," are the actual "fictions," and that, these "corporate offices," being the fictional constructions they CANNOT, by any measure, be "injured." Those alleging such injuries are, in essence, acting vexatiously & frivilously, outside the accepted norms & civil limits established by 6,000 years of practical application of our available Maxims of Law cited in the previous order. These individuals, then, must be held to account for their own criminal trespasses, criminal transgressions, and criminal misrepresentations, without the pseudo-immunites & protections they are presuming, and alleging, they have.

b. Crown Administrator Tallman, Joli A. Lofstedt, Esquire, and Joseph G. Rosania, Esquire, individually & jointly, have failed to do their due-diligence, where they would have found Judge Curry's Oath of Office was properly & lawfully registered with Montrose County Clerk & Recorder, an "elected government official," with his Reception/I.D. No. #865002; his lawfully received & recorded Oath of Office with the United States Secretary of State Public Records Department, with his USPS Certified Mail Registry/Reception/I.D. No. #7014-1820-0001-9401-5281. As with all "Commercial Instruments," these filings were bonded, and accepted upon delivery. This court can argue, and prove, well beyond any reasonable doubt, that Crown Administrator Tallman's, Joli Lofstedt's, and Joseph Rosania's Oaths of Office, are "fictitious," fraudulent, and fabricated, wherein they are prohibited & constrained, under the Supreme Law of the Land, from taking Oaths to protect, or defend the Constitution of the Continental United States of America, as the Constitution does NOT apply to their foreign, or private government. [See Marbury v. Madison]. For these individuals to illicit the presumption, as in signing Oaths of Office, that they are, under any provision of law, "government

7

employees," and/or "public officers," is to be in commercial dishonor & default ab initio, wherein, all commercial contracts they have proffered since signing & filing their false Oaths, including all Writs, Warrants, Notices, Demands, Pleas, Motions, Responses, Rules, and Orders, filed against Mr. Intelkofer, and others similarly injured, are, equally, NULL & VOID upon the first defect, which is their autographs on their fraudulent Oaths of Office.

c. Let us not forget, that at the beginning of a conference (hearing) call on September 1, 2015, between Mr. Intelkofer, Mr. Intelkofer's counsel, opposing counsel for the "estate Trustee," and a representative from the D.O.J., representing the I.R.S., Crown Administrator Tallman recognized Judge Curry in Judge Curry's lawful capacity, when he stated, "Judge Curry, you are welcome to listen."  However, upon approaching adjournment, Judge Curry asked to be heard, wherein, Mr. Tallman replied, "Mr. Curry, you have no legal authority!"  Whereupon, Judge Curry agreed, but noted, "I have lawful authority to ask questions!"  At this, Administrator Tallman immediately adjourned the meeting, and hung up the phone.

d. The June 3, 2015 Superior Court Order specified, that, "These Court Findings, Rulings, and Orders, unless properly, timely, and lawfully, rebutted, point-by-point, within TEN (10) DAYS by those alleged & charged of these crimes against humanity, SHALL stand as material FACTS-IN-LAW, and as the Truth, the Whole Truth, and nothing but the Truth."

c. Inasmuch as the Federal Bankruptcy Court, Crown Administrator Tallman, Joli A. Lofstedt, Joseph G. Rosania, and the Larimer County Sheriff, and all others, who were properly served via USPS Certified Mail, have allowed over 90 days to pass, and they failed to follow these lawful Maxims, which were properly written & presented.  They have, by their silence, and acquiesence, agreed to, and have recognized this court, and the Maxims presented, to be legitimate & lawful.  They have, in silence & acquiescence, accepted the terms & conditions of the Order submitted by this Honorable Court of People, whether they like it, or not!  They are, then, by their own individual omissions, inactions, admissions, and waivers, acting with criminal contempt of the Supreme Laws of the Land.  They shall, then, be held, individually & jointly, commercially accountable for their actions, inactions, omissions, and for their criminal conduct throughout their staged & rigged performances & proceedings against Mr. Intelkofer, and all without the protections & immunities of their corporations.

ci. It is the Order of this Court, then, that the earlier opinions, rulings, suggestions, and recommendations, be set, permanently, to the Public Record,  as the final judgment, and that, Mr. Intelkofer, without further denial, objection, or obstruction, is now free to file one, or more, Commercial Obligation Liens against the Federal

Bankruptcy Court, Crown Administrator Tallman, Joli A. Lofstedt, Esquire, Joseph G. Rosania, Esquire, Court Clerk Kenneth S. Gardner, and all others, who have acted in-concert, in conspiracy, and in collusion, to commit these tortious & malicious criminal acts of piracy against Mr. Intelkofer; all pursuant to 15 USC #1 & #2, and all relevant & applicable 18 USCodes of Law, as earlier defined & described; hence, no judge, magistrate, clerk, officer of the court, or any other unsecured third party, may intervene, obstruct, deny, or diminish, Mr. Intelkofer's guaranteed rights to file, "Non-Judicially," his lawful Claims for Remedy & Recourse, and in whatever way Mr. Intelkofer chooses to procede.

cii. This Honorable Court of the People CANNOT, in good conscience, or in Commercial Honor, accept the frivolous, spurious, vexatious, perjurous, and malicious "collaborative presumptions to contract" presented in Joli A. Lofstedt's, and Joseph G. Rosania's "Adversary Proceeding No. #15-01364," and their "TRUSTEE'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION," This Court has NO option, but to return these "instruments of fraud" to their crafters as NULL & VOID, ab initio, and to find them, each, in contempt of the People's Court.

ciii. It is, also, the duty & obligation of this Court to notify all lawful "government officers & authorities" who, under their own honorable Oaths of Office, have been given lawful jurisdiction, power, and authority, to investigate, and to act upon the inappropriate & unlawful conveyence of these "instruments of fraud" through the dejure US Postal Service. This Court requests a full & comprehensive investigation to determine, for themselves; 1. the lack of, and failure of due process & service; 2. Commercial solicitation of fraudulent, or presumptive contracts; 3. Willful dissemination of false documents (ie; Oaths, Bonds, Stolen Securities,); 4. Using the Postal Service to threaten, coerce, and intimidate residents & inhabitants; 5. Using the Postal Service to retaliate against those exercising their Universal, Natural, and Constitutional Rights; 6. Using the Postal Service to extort moneys & performance; 7. Using the Postal Service to carry out, promote, and perpetrate R.I.C.O. operations & activities; 8. Using the Postal Service to defraud, denounce, deny, or to destroy, the freedoms, liberties, pursuits, and properties, belonging to Mr. Intelkofer, Judge Curry, and other American Nationals, so effected.

IT IS SO ORDERED, THIS, THE **15TH** DAY OF **SEPTEMBER, 2015.**

---
Steven Duane Curry
Superior Court Judge of the Continental United States of America; Dejure

CO-SIGNED BY:

_____
Jacob Hunter Kreycik
Superior Court Judge of the Continental United States of America; Dejure

_____
Nelson David Scott
Superior Court Judge of the Continental United States of America; Dejure

USPS Certified Mail Registry No.
7014 3490 0002 0505 4411
Arapahoe County Reception No. D:5059011
United States Secretary of State Registry No.
7014-1820-0001-9401-5298

_____
Bruce Doucette
Superior Court Judge of the Continental United States of America; Dejure

USPS Certified Mail Registry No.
7014 1820 0001 9401 5328
Jefferson County Reception No. 2015056724
United States Secretary of State Registry No.
7014-1820-0001-9401-5304

_____
Steven Dean, Byfield
Superior Court Judge of the Continental United States of America; Dejure

_____
Gregory Alan Johnson
Superior Court Judge of the Continental United States of America; Dejure

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

**USPS CERTIFIED MAIL REGISTRY NO. # 7015 0640 0000 5945 3355**

CC: US Marshal Service
CC: US Postmaster General
CC: Federal Bureau of Investigation
CC: Colorado Governor's Office
CC: Colorado State Attorney General's Office
CC: Larimer County Sheriff's Department
CC: Federal Securities & Exchange Commission
CC: Internal Revenue Service