# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: )
)
ROBERT J. INTLEKOFER, ) Case No. 14-11530-HRT
) Chapter 7
SSN: XX-XX-1065, )
)
Debtor. )
_____ )
JOLI A. LOFSTEDT, Chapter 7 Trustee, )
)
)
Plaintiff, ) Adversary Proc. No. 15-1364-HRT
)
vs. )
)
ROBERT J. INTLEKOFER and )
STEVEN DUANE CURRY, )
)
Defendants. )

## ORDER GRANTING DEFAULT JUDGMENT IN FAVOR OF TRUSTEE AND AGAINST ROBERT J. INTLEKOFER AND STEVEN DUANE CURRY

THIS COURT, having reviewed the Trustee's Motion for Entry of Default Judgment Against Robert J. Intlekofer ("Debtor") and Steven Duane Curry ("Curry") filed by Joli A. Lofstedt, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Robert J. Intlekofer, and Exhibits A and B attached thereto, good cause having been shown, and being advised of the premises, hereby:

FINDS:

1. This Court has original jurisdiction over these matters pursuant to 28 U.S.C. § 1334(b), 28 U.S.C. § 157(a), General Procedure Order No. 1984-3 and 28 U.S.C. § 157(b)(1) in that they arise under Title 11 of the United States Code.

2. The claim for orders to turnover property of the estate is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(E).

This court has constitutional jurisdiction over turnover actions.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

*[Handwritten annotations across page: "Null and Void - Title 15 US - Sections #1 #2", "Khazaren Tribunal, No oath of office", "NOT your Corporate employee,", "CONSTITUTION of The District of Columbia Municipal Corporation, A Corporator Charter, A Scene of a crime!", "This Presumption", "UCC"]*

*No due process, 7th Amendment Rights rejected by northern trust corp.*

5. Pursuant to Fed. R. Bankr. P. 7004(f), this Court has personal jurisdiction over the ~~Alleged~~ Debtor and Curry pursuant to Fed. R. Bankr. P. 7004(b)(3).

6. The *alleged* Debtor and Curry have failed to plead or otherwise defend within the time allowed by the Federal Rules of Bankruptcy Procedure or the time stated in the Summons and they are in default. *See   S.E.C.   Tracer #2640220*

7. Neither the *alleged* Debtor nor Curry are an infant or incompetent person *~ Corporation ?* and nor are they currently in the military service of the United States or in the military service of any nation with which the United States may be allied in the prosecution of a war or has been ordered to report for such military service or for induction into such military service and the Debtor and Curry are not are entitled to relief under the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. Apx. § 521.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

The Debtor's bankruptcy estate owns certain real property commonly known as 4625 E. County Road 54, Fort Collins, Colorado 80524 (the "Property"). The Property is property of the bankruptcy estate pursuant to Bankruptcy Code § 541(a). The Debtor and Steven Duane Curry have previously interfered with the Trustee's efforts to sell the property and the Trustee is entitled to permanent injunctive relief against them.

IT IS FURTHER ORDERED the Debtor and Steven Duane Curry Trustee are ordered to immediately turn over the Property to Plaintiff Joli A. Lofstedt, Trustee pursuant to Bankruptcy Code § 542(a), *using illegal Letter of Marque and reprisal by her British Monarch*

IT IS FURTHER ORDERED that Robert J. Intlekofer and Steven Duane Curry be and hereby are permanently enjoined from interfering with Plaintiff Joli. A. Lofstedt, Trustee's efforts in obtaining possession of and marketing and selling the Property, and

IT IS FURTHER ORDERED that the Clerk shall enter a default judgment in favor of *Committing, conversion of property,* Trustee and against Robert J. Intlekofer and Seven Duane Curry as set forth above.

Dated: November 30 , 2015.

BY THE COURT:

*Howard Tallman*

The Honorable Howard R. Tallman
~~United States~~ Bankruptcy Court Judge
*District of Columbia Municipal Corporation*   *No oath of office*

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                                )
                                                       )
ROBERT J. INTLEKOFER,                                  )     Case No. 14-11530-HRT
                                                       )     Chapter 7
SSN: XXX-XX-1095,                                      )
                                                       )
            Debtor.                                    )
                                                       )
_____                       )
JOLI A. LOFSTEDT, Chapter 7 Trustee,                   )
                                                       )
                                                       )
                                                       )
            Plaintiff,                                 )     Adversary Proc. No. 15-1364-HRT
                                                       )
vs.                                                    )
                                                       )
ROBERT J. INTLEKOFER and                               )
STEVEN DUANE CURRY,                                    )
                                                       )
            Defendants.                                )

## JUDGMENT

Pursuant to and in accordance with the Order Granting Default Judgment in Favor of Trustee and Against Robert J. Intlekofer and Steven Duane Curry entered on November 30 , 2015, Judgment is hereby entered in favor of Plaintiff Joli A. Lofstedt, Chapter 7 Trustee and against Robert J. Intlekofer and Seven Duane Curry ordering them to immediately turn over property of the estate commonly known as 4625 E. County Road 54, Fort Collins, Colorado 80524 (the "Property"), to Plaintiff Joli A. Lofstedt, Trustee and ordering and permanently enjoining them from interfering with Plaintiff Joli A. Lofstedt, Trustee's efforts in obtaining possession of and marketing and selling the Property.

This is a final Judgment pursuant to Federal Rule of Civil Procedure 54(b) and Federal Rule of Bankruptcy Procedure 7054 because there is no just reason for delay.

**APPROVED AS TO FORM:**                          **BY THE COURT:**

_Howard Tallman_                                   **KENNETH S. GARDNER, CLERK**

Howard R. Tallman, Judge                           By:    s/ M. Muff
                                                          Deputy Clerk

040002                                 83604040042036

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:  )
)
ROBERT J. INTLEKOFER,  )   Case No. 14-11530-HRT
)   Chapter 7
SSN: XXX-XX-1095,  )
)
Debtor.  )
)
_____  )
JOLI A. LOFSTEDT, Chapter 7 Trustee,  )
)
)
)
Plaintiff,  )   Adversary Proc. No.  15-1364-HRT
)
vs.  )
)
ROBERT J. INTLEKOFER and  )
STEVEN DUANE CURRY,  )
)
Defendants.  )

## JUDGMENT

Pursuant to and in accordance with the Order Granting Default Judgment in Favor of Trustee and Against Robert J. Intlekofer and Steven Duane Curry entered on November 30 , 2015, Judgment is hereby entered in favor of Plaintiff Joli A. Lofstedt, Chapter 7 Trustee and against Robert J. Intlekofer and Seven Duane Curry ordering them to immediately turn over property of the estate commonly known as 4625 E. County Road 54, Fort Collins, Colorado 80524 (the "Property"), to Plaintiff Joli A. Lofstedt, Trustee and ordering and permanently enjoining them from interfering with Plaintiff Joli A. Lofstedt, Trustee's efforts in obtaining possession of and marketing and selling the Property.

This is a final judgment pursuant to Federal Rule of Civil Procedure 54(b) and Federal Rule of Bankruptcy Procedure 7054 because there is no just reason for delay.

**APPROVED AS TO FORM:**                **BY THE COURT:**

**KENNETH S. GARDNER, CLERK**

Howard R. Tallman, Judge

By:   s/ M. Muff
          Deputy Clerk

# Addendum, additional lien debtors

enjoined in acts of piracy Howard R. Tallman, and Kennith S. Gardner     *CERTIFIED REGISTRY NO,S*
    721 19ᵗʰ st. Denver Colorado 80202-2508     *7014 1820 0001 1307 6416*
enjoined in acts of piracy Joli A. Lofstedt, and Joseph G. Rosamia  950
    Spruce Street, suite #1  Louisville Co. 80227     *7014 1820 0001 1307 6393*
enjoined in acts of piracy  Richard Clark 155 E. BROADWALK DRIVE,
    SUITE 403 FORT COLLINS COLORADO 80525     *7014 1820 0001 1307 6423*

addendum attachment of An INTERNATIONAL COMMERCIAL OBLIGATION LIEN (INDICTMENT) has been filed against the AMERICAN BAR ASSOCIATION (A.B.A.), the INTERNATIONAL BAR ASSOCIATION (I.B.A.), and the UNITED STATES DEPARTMENT OF JUSTICE (D.O.J.), by a multitude of Lien Claimants, for violations of 15 USC 1 & 2, for a total monetary penalty of SIX-HUNDRED MILLION ($600,000,000.) US GOLD DOLLARS EACH, **alleging that**, since "fraud vitiates all contracts", **ALL commercial contracts**, including, but NOT limited to, ALL unlawful sentences & incarcerations of political prisoners (i.e.; imprisoned I.R.S. Lien Debtors, non-criminal offenders), wherein, such commercial contracts were all conceived in fraud, and lacking any moral & ethical character are in direct conflict with Natural Law & Commercial Law, and thus, every A.B.A "contract" since 1882, whether verbal, or written, including, but not limited to all Judicial Oath's of Office, falsely sworn to, and fraudulently securitized, monetized, and commercialized, **are Null & Void, ab initio.**

They have been given NINETY (90) DAYS in which to answer the ALLEGATIONS against them. Failure to do so will result in an immediate "Asset Forfeiture & Seizure" of "Accounts Payable" of TWO-HUNDRED-SEVENTY-NINE TRILLION ($279,000,000,000,000.) US GOLD DOLLARS currently held by the A.B.A. and the I.B.A. — and the Secured Parties' Right to take possession after default.

**PROOF OF ALLEGATIONS:**
1. The "PROOF OF ALLEGATIONS" lies directly at the feet of the individual Officers & Crew of the A.B.A., the I.B.A., and the D.O.J., i.e.; their Administrators, Executives, Officers, Directors, Employees, Agents, and Contractors, and with their honor, willingness, and their ability, to respond, protest, argue, or rebut the allegations made, herein, point-by-point, and article-by-article, under an Affidavit of Truth, under sworn Oath, and under the Penalty of Perjury.

2. It is anticipated & expected, that these individual members & contractors of the A.B.A., the I.B.A., and the D.O.J., rather than admit to their crimes against humanity, in-writing, will choose to go silent, or simply invoke the Fifth Amendment of the US Constitution, which, again, is NOT open to ANY A.B.A., I.B.A., or D.O.J. member, agent, contractor, or employee.

3. Their acquiescence, or silence, will then, under the weight of Commercial Law & Natural Law, result in their waiving all of their corporate, public, private, and individual rights & immunities, as per 28 USC #455, and they will, also, be attesting 1) to their acceptance & agreement to all allegations made, 2) to accept all fines, fees, penalties & punishments they are deserving of, and entitled to, under Common Law, the Law of Merchants, International Law, Commercial Law, Natural Law, and 3) to have violated their very own corporate laws & selfengineered codifications, which are grounds for the immediate dissolution of their corporate charters.

**LEDGERING AND TRUE BILL:**
1. The ledger for this "TRUE BILL" is based on the Truth, the whole Truth, nothing but the Truth, and upon the MONETARY FACE VALUE of TWO HUNDRED SEVENTY-NINE TRILLION ($279,000,000,000,000.) US GOLD

ROBERT INTLEKOFER

4625 E CR #54
FORT COLLINS, CO  80524

DOLLARS retrievable from stolen & pirated properties & assets, pursuant 12 USC #411, believed to be of record, and all properties & assets suspected of being hidden in privatized off shore properties & accounts by various individuals & members the AMERICAN BAR ASSOCIATION, and the INTERNATIONAL BAR ASSOCIATION.

2. These stolen & pirated "assets" and "properties" will be confirmed & verified by a People's open, complete & independent audit of the Federal Reserve Bank, and an audit of the International Monetary Fund (IMF).

3. This "TRUE BILL" is, also, set against the MAXIMUM PUBLIC HAZARD BONDS/INSURANCES held by the A.B.A.'s, and the I.B.A.'s Bonding Companies, whether "in-house," or "independent," for all of these Entities, Agents, and Individuals, including, but NOT limited to, the individual Lien Debtors listed above.

4. As a Commercial Instrument, this "TRUE BILL" has an S.E.C. Tracer Number of #2640220, which is the Reception No.# assigned by the Mesa County Colorado Deputy Clerk & Recorder, Brandy Emow, for the filing of the fraudulent, fictitious, and fabricated Oath of Office signed by Colorado's 21st Judicial District Crown Administrative Clerks, Craig P. Henderson, and David A. Bottger, and witnessed by Sandra Casselberry, the Judicial Administrator for Mesa County, Colorado.

5. This S.E.C. Tracer Number of #2640220 is a "commercial securities tag," and is but a single Exhibit, out of thousands, of the prima facie evidence of the A.B.A.'s conspiracy to commit sedition, piracy, and commercial fraud, against the Lien Claimants, and against the American people, wherein, any such Oath "prescribed, given, taken," commercially securitized & monetized, was, and is, a "solemn mockery," and "equally a crime," according to the Crown's very own Supreme Court ruling by US Supreme Court Chief Justice, John Marshal, in 1803.

6. This S.E.C. Tracer Number of #2640220, as related to this Commercial Obligation Lien, may be used as form of identification for any & all "Witnesses," "Crime Victims," and/or "injured parties," when asked for identification by any A.B.A., I.B.A., or D.O.J. contractor, or revenue/tax collector ("Pulbicanus"), (ie; I.R.S. Agent, H.L.S. Agent, F.B.I. Agent, C.I.A. Agent, Sheriff, Sheriff Deputy, Police Officer, etc.).

7. All such "Crown Contractors" are, under the terms & conditions of this International Commercial Obligation Lien/Agricultural Lien/Writ of Injunction & Restraint/Cease & Desist Order, prohibited from engaging with, detaining, arresting, incarcerating, harrassing, coercing, or intimidating, any "Witness," "Crime Victim," a.k.a. "any Living Being," or citing same under any revenue-bearing statute, code, rule, ordinance, or any other "color of law" infraction, providing the Living Being has NOT harmed or injured another Living Being. [Corporations CANNOT be injured! Only Living Beings can be injured!] Without an "injury," there can be NO crime, and NOWHERE can these revenue-bearing statutes adhere, and no "false presumptions of a crime" shall be made, authorized, or enforced!

8. Any encroachments, or violations, upon the terms & conditions stated above by any "Crown Officer," "Crown Agent," or "Crown Contractor," will result in additional 15 USC penalties being levied upon the corporate, personal, and private properties & assets of these individual "Officers," "Agents," or "Contractors," while operating privately, or in their "corporate capacities."

9. This S.E.C. Tracer Number of #2640220, however, and wherever, presented, will serve as the People's Rescission of Consent, and as fair, proper, and lawful notice to CEASE & DESIST with any & all criminal aggressions, trespasses, and transgressions, while operating on the Land, and/or under the 'presumed & alleged' jurisdiction, power, or authority of the Military/Admiralty Flag of the Crown Templar.

## SURETY & CERTIFICATION:

The Sureties & Certifications of, and for, any & all Corporate, Public, Personal, or Private Accounts, Bonds, Securities, Profits, Procedes, Fixtures, Chattels, and Assets owned/managed by ANY individual operating within the jurisdiction, or control, of the A.B.A., the I.B.A., the D.O.J., or their, "in-house," Bonding Companies, under the indirect, or direct control of the A.B.A., or the I.B.A., their Nation/State franchises, Inns of the Court, The Federal Reserve Banking System, or The International Monetary Fund (IMF) for these Entities, Agents and Individuals, are all considered forfeitable assets, and as "debt obligations" to the Lien Claimants, their assigns, and/or their heirs.

As such, the Lien Debtors are lawfully responsible for producing, upon this commercial demand, these Sureties, Accounts, Financial Statements, and all Certificates of Liability & Indenture.

**ENFORCEMENT:**

1. The Affiants & Lien Claimants, without prejudice, and Reserving All Rights, declares this Commercial Obligation Lien to be self-effecting, self-evident, and self-enforcing, noting that the US Marshal Service, is now lawfully restored to the People's Executive Branch of the Continental united States of America, and they are no longer contractually obligated to the A.B.A.'s subsidiary corporation of the Department of Justice, both of which, are, hereby, dissolved for by the People for cause, and by necessity.

2. The US Marshal Service, a Constitutional Law Enforcement Agency, and NO LONGER a "Legal Enforcement Agency," in the State of Illinois, and elsewhere throughout the 50 States, Washington, D.C., and their 94 government offices, will be tasked & charged with executing the seizing, freezing, and recovery of all the A.B.A.'s, and the I.B.A.'s corporate, public, personal, and private properties, found upon the Land, at sea, or found to be held by any & all individuals operating under the A.B.A., or the I.B.A., until such time, as it is determined that the full face amount of this Commercial Obligation Lien can be satisfied, and that all other Claims for Remedy made, herein, are unconditionally satisfied in full.

3. The US Marshals, having been given the preponderance of evidence, and probable causes stated, herein, that crimes have been committed, and that, crimes are being committed, shall under their own authority, jurisdiction, and powers, as dejure Marshals & Sheriffs, commence, IMMEDIATELY, with serving Notice of this Writ of Injunction & Restraint/Cease & Desist, without the need of a court order, or warrant, as is their privilege, duty, and obligation, under Law.

4. On the NINETY-FIRST (91st) DAY after receipt of this Lien, the US Marshals & Interpol, are to commence, at once, with the freezing, forfeiture, and seizing, of all corporate, personal, public, private, and individual properties, accounts, and assets, known to be in the possession of, or under control of, the A.B.A., I.B.A., D.O.J., and/or any & all of their corporate contractors, however related.

5. Fair compensation shall be made for the anticipated expenses & services rendered by these agents, and for their abiding by their own Oaths of Office (https://www.law.cornell.edu/uscode/text/28/563). The US Marshal Service & Interpol will receive TWENTY(20%) of the recovered assets, and these funds will be divided equally. A Promissory Note shall be tendered to the dejure United States Treasury, and earmarked to the US Marsha Service & Interpol in this amount. The full face amount of the Promissory Note will be made payable to the US Marshal Service & Interpol immediately upon the successful recovery, reclamation, and return, of the Lien Claimant's "Accounts Receivables."

6. Should it ever be misconstrued, or misrepresented, that this Promissory Note, and/or payments made to the US Marshal Service & Interpol, is some form of bribery, the Lien Claimants shall argue & deny same, and declare these funds lawful & appropriate compensation for the tasks & expenses the US Marshals & Interpol are tasked & charged with. These funds constitute stolen & pirated properties & assets of the American people, and these compensations are to be considered "bounties," "prizes," and "rewards" for honest service by the people's law enforcement agencies & agents.

As a result of the criminal fraud, breach of trust, malfeasance, and personage practiced against robert joseph intlekofer by acting judges with no oath of office, illegally press-ganged into the international jurisdiction of the sea, suffered inland piracy, and unlawful conversion, identity theft, copyright infringement, and credit fraud. Suffered false arrest, armed extortion, racketeering, and eviction under the false presumptions and mis-characterizations created by your systemic fraud, denied "essential governmental services" under Article IV, Section 3, Clause 2 of the original equity contract governing our relations with the Federal United States and who claim automatic cancellation, breach of trust with the miss-administration, malfeasance, incompetence, and reckless dishonesty of the banks, their governmental services corporations, and the private corporate officers who have been impersonating public officials in demonstrable Bad Faith.

4

        This is to inform all that I have been adopted by a sovereign creator and as his son, lost but now found, not
dead at sea but alive and walking and living on the eretz/land, no longer abused, neglected, abandoned or
exploited, I have changed my political status and to correct the civil records maintained by the probate courts to end
all false presumptions and hostilities being offered against the nephesh chey/living soul by federal employees,
agents, subcontractors, and secondary creditors---including their bill collectors, the American Bar Association and
the Internal Revenue Service. I am a Priority Creditors, not the banks which are using the various governmental
services corporations as fronts to veil their self-interest in these matters. i

First hand witness with first hand knowledge " RICHARD FAMILY OF HAYAH "

I " Robert J. Intlekofer ." an at risk, disabled, senior
robert joseph intlekofer

STATE OF Colrado , COUNTY OF Larimer , ss.:

On this day, personally appeared before me

Robert J. Intlekofer
to me known to be the person(s) described in and who executed the within and foregoing instrument, and
acknowledged that he/she signed the same as his/her voluntary act and deed, for the uses and purposes therein
mentioned.

Witness my hand and official seal hereto affixed

this 29th day of December , 2015 .

Marina C. Rodriguez
Notary Public in and for the State of Colrado .

My commission expires 07/09/2019 .

MARINA C RODRIGUEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154026505
MY COMMISSION EXPIRES 07/09/2019

Robert Intlekofer
4625 East County Road #54
Ft. Collins, Colorado
[80524]

**STATE OF COLORADO**
**COUNTY OF LARIMER**

I do hereby certify that this is a full, true and correct copy of
This document as it appears of record in my office at
Book _____ Page _____
Reception No. _____ 201500 87137 _____
Witness my hand and official seal this _____ 29 _____ day
of _____ December _____ , ___ 2015 ___ .

*Angela Myars*

Angela Myers, Larimer County Clerk and Recorder

By: _____ Deputy Clerk
Fees: ____ 1.25 ____



# BILL OF EXCHANGE

**BEARER'S REGISTRY#A.B.A.20151O/1B1SDC-8121S18222842USC**

## $279,000,000,000,000.$
### FOR ACCEPTED MARKET VALUE

TWO HUNDRED SEVENTY NINE TRILLION US GOLD DOLLARS]
(INTERNATIONAL COMMERCIAL OBLIGATION LIEN)

The "Promissory Note" Registry No.#2642920, Dated on January 9, 2013 (on Reverse Side) Certifies & Warrants that; the Drawee, As in the "Oath Taker" & "Signatores" to the "Vessel's" Commercial Fraud & Breach," and Witnessed therein;

## H.M.S. AMERICAN BAR ASSOCIATION

AND/OR ALL IT'S "ALAISES" KNOWN;

IS OBLIGED, UNDER LAW, AND BY THE REGISTERED, RECORDED, AND FILED STATEMENT, THAT SHOULD THIS "VESSEL, AND/OR ITS OFFICERS & CREW" COME INTO "COMMERCIAL DEFAULT, OR DISHONOR," THE "VESSEL'S" INSURER SHALL MAKE FULL REMEDY & PAYMENT(S) TO THE ASSIGN(S), OR BEARER, UNTIL THE AMOUNT ORDERED & DEMANDED IS SATISFIED IN FULL.

The Drawer, Steven Duane Curry, a.k.a "Secured/Injured Party," "ASSIGNS THROUGH TRANSFER," and to ALL Future Bearer's this LAWFUL, LIMITED, TWO-PARTY-ONLY, NON-NEGOTIABLE, COMMERCIAL INSTRUMENT, do DEMAND, AGREE TO, AND ACCEPT, ITS $ASSIGNED VALUE$-IN-EXCHANGE, ALL RESERVED RIGHTS ©2015 & CONDITIONS; AND IN MUTUAL AFFIRMATION, GRANTS NO CONSENT of ANY KIND, to ANY "Third Party;" And that; BOTH PARTIES further AGREE to Indemnify & Hold Harmless, this Instruments Creation, Drawer, Assign (s), and/or Bearer, from ANY Unauthorized Intervention or "Third Party Actions;" Pursuant to "THE SUPREME LAWS OF LAND," with ALL "Colors & Practices of Law;" PROHIBITED & NOTWITHSTANDING.

~Authorized Signature of Drawer

~Authorized Signature of Agent

Date of Assignment          SEAL

10.15.2015

**LIEN CLAIMANT'S CERTIFICATION/OATH & AFFIRMATION:**

I, Steven Duane Curry, a living, breathing, being, a Natural inhabitant of the Land, and who is of the age of the majority, and not a child, and who has NOT been found lost at sea, or left on the battlefield, am competent in commerce to certify on my own unlimited commercial liability, that I have read the above Affidavit of Obligation, and do know the contents to be true, correct, complete and not misleading of the truth, the whole truth and nothing but the truth, and do believe that the above described acts have been committed contrary to the Supreme Laws cited, defined, described, herein.

Steven Duane Curry: of the
House & Family of Curry

Date: 10 / 15 / 2015

As First & Second Witnesses to the content of this Affidavit, and to the Living Character & red-inked, blood signature of Affiant, and Lien Claimant, I attest to both as being true in material fact, and both were done without malice, contempt, the intent to defraud, or to evade the truth, the whole truth, and nothing but the truth.

Witness/Beneficiary        Date: 10 / 15 / 2015

Witness/Beneficiary        Date: 10 / 15 / 2015

10-15-2015

To the accounting of the "AMERICAN BAR ASSOCIATION & INTERNATIONAL BAR ASSOCIATION"
AFFIDAVIT OF OBLIGATION
INTERNATIONAL COMMERCIAL LIEN (This is a verified plain statement of fact)
Date: "**attachment, addendum**" to the original first filing on or about  OCTOBER 16, 2015
Maxims:

1. All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

2. Truth, as a valid statement of reality, is sovereign in commerce.

3. An unrebutted affidavit stands as truth in commerce.

4. An unrebutted affidavit is acted upon as the judgment in commerce.

5. Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves – and endow it with credibility by expressing it in their affidavit.

6. Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.

7. All corporate government is based upon Commercial Affidavits, Commercial contracts, Commercial Liens, and Commercial Distresses.  Hence, Commercial governments cannot exercise the power to expunge commercial processes.

8. The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of commercial Bonds against Public Hazard.

9. No Bond means no responsibility, means no power of Official signature, means no real corporate political power and means no privilege to operate statutes as the corporate vehicle.

10. The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

11. Municipal corporations, which include cities,  counties, states and national governments, have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

12. In commerce, it is a felony for the Officer/Public Office to not receive and report a Claim to its Bonding Company – and it is a felony for the agent of a Bonding Company to not pay the Claim.

13. If a bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within (60) days, then it must pay the full face value of a defaulted Lien process at (90) days.

14. Except for a Jury, it is also a fatal offense for any person, even an acting Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

15. Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation – hence must be reinforced by a Commercial Affidavit, and a Commercial Liability Bond

16. A foreclosure by a summary judgment (non-jury) without a  commercial bond is a violation of commercial law.

17. Governments cannot make unbounded rulings or statutes which control commerce, free-enterprise citizens or sole proprietorships without suspending commerce by a general declaration of martial law.

18. It is tax fraud to use Courts to controversy which could be settled peacefully, outside of or without the Court.

19. An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

20. An official who impairs, debauches, voids or abridges an obligation of contract, or the effect of a commercial lien without proper cause, becomes a lien debtor - and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

21. It is against the law for an acting Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a Commercial Lien.

22. Notice to agent is notice to principal; notice to principal is notice to agent.

23. PUBLIC HAZARD BONDING OF CORPORATE AGENT: All officials are required by Federal, State and Municipal Law to provide the name, address and telephone number of their public hazard and malpractice bonding company, the policy number of the bond and if required, a copy of the policy describing coverage of their specific job performance.

Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official, personally, to secure their public oath and service of office.

24. This International Commercial Obligation Lien is, in part, supported & prefaced on UCC-9/102 (agricultural liens) UCC 9/607-610 ( secured party's Right to take possession after default), with ALL RIGHTS RESERVED.

Parties: Lien Claimants:
1. Steven, Duane Curry;  (as a witness, a Crime victim, an injured, individual, living being,  Representing All (listed/unlisted/unknown/Multiple)  Crime Victims, Injured Parties, individuals in the Territory known as Colorado, America, and elsewhere on all Tribal Lands).
21250 Dave Wood Road
Montrose, Colorado [81403]
(970)249-8879
email: cwheileg@gmail.com
2. Anna Maria Riezinger
c/o Box 520994 Rural Route 99652
Big Lake, Alaska
3. James Clinton Belcher
c/o Box 520994 Rural Route 99652
Big Lake, Alaska
4. Sandra Lee Tyler
21250 Dave Wood Road
Montrose, Colorado [81403]
(970) 249-8879
5. James A. Porter
P.O. Box 531
Ridgway, Colorado [81432]
(970)615-0381
jporter2327@yahoo.com
6. James Robert
c/o North Carolina,
c/o 217 Paragon Parkway, #103, Clyde
near [28721]
828-276-6163
jacobiam543@gmail.com
7. Rocky-Lee:Hutson
525 1/2  32 1/8 Road
Clifton, Colorado [81520-9998]
970) 589-2336
8. gary-dean: darby
C/o General Post-Office
Private mailbox 1290
Board shanty Rd
Grants Pass, Oregon Nation
Near [97527-9998]
Non domestic
541-862-2074
9. Stephen Michael Keno
1020 Hurt dr.
Pagosa Springs, Co. 81147
970-731-9729
keno.steve@yahoo.com
10. David Lynn Coffelt
11. Marcia Ann Coffelt
2000 W 92nd Avenue - Lot 85
Federal Heights, CO 80260
303-853-9914 Res
720-206-8717 Cell
davecoffelt@comcast.net
12. Connie Joy Bedwell
7042 Sprig Dr.
Sacramento, California 95842

5Cjasbedwell@yahoo.com/ PleaseHelp@SaveAaliyah.com
(916) 532-2801
13. Aaliyah Sky Bedwell
(Authorizing agent: Connie Joy Bedwell)
7042 Sprig Dr. Sacramento, California 95842
Cjasbedwell@yahoo.com/ PleaseHelp@SaveAaliyah.com
(916) 532-2801
14. Timothy Brock Bedwell
(Authorizing agent:Connie Joy Bedwell)
7042 Sprig Dr. Sacramento, California 95842
Cjasbedwell@yahoo.com/ PleaseHelp@SaveAaliyah.com
(916)532-2801
15. Rob Driskell
P.O. Box 26012
Colorado Springs, Colorado [80936]
719-201-5392
rdriskell@unseen.is
16. Michael Driskell
4990 Decatur St.
Denver, Colorado [80221]
720-514-0111
58michaeld@gmail.com
17. Troy W Brown
6351 W Brittany Place
Littleton Colorado
720 561-1800
18. Greg Giehl
PO Box 5817
Pagosa Springs, Colorado
Landline# 970-264-0055,
19. Esther Jean Williams
1024 East Ash Street
Pueblo, CO 81001
(719) 544-5362
estherwilliams@comcast.net
620. Janis Blease
Janis80138@msn.com
21. Johnny Bernarld Mikel, the man,
109 South Independence Avenue
Dearing, Kansas 67340-9998
non domestic outside U.S.A.
jbm41161@yahoo.com
620-515-5165
22. John Guarneri
P.O. Box 152253
Cape Coral, Florida. 33904
xxjohnnyg@yahoo.com
(239)850-4408
23. Mike Makuh
c/o 109 Gordon Creek rd,
Boulder, Colorado   [80302]
24. Susan Beth Ysmael-Hulsebus
4501 Pheasant Lane
Rocklin, CA [95865]
skyleramelia@yahoo.com,
209-217-4948

25. Erin Elizabeth Hale
1627 Sixth Street
Woodland CA 95695
PlexusByE@yahoo.com
(916) 899-1580
26. Loryn Ryder
6082 South Edge Way
Grand Blanc, Michigan [48439]
Loryn.Ryder@aol.com
(740) 975-5180
27. Virginia Noel Nye
311 Rainbow Lane
Vineland NJ [08360]
virginianye27@gmail.com
(856) 974-3932
28. Anastasia Victoria Hartnett
PO Box 595
7Crystal Bay, NV 89402
530.448.6014
29. Rebecca Sarah Montoya
PO BOX 55 Serafina, NM 87569
SaveMaryAndGrace@gmail.com
505.426.5048
30. Barbara A. Monroe
6718 S. Dewberry
Boise Idaho 83709
exchange4madi@gmail.com
707-396-2908
31. Marry Ingram
P.O. Box 662
Aurora, Missouri [65605]
417 2299782 marrysehrt@gmail.com
32. Susan A Whitney
3629 Lasick Ct Antelope, CA 95843
(916) 316-0474
Sueawhitney@gmail.com
33. Jessica Jacobs
2608 Kokanee way Sacramento California [95826]
Jessjacobs23@gmail.com
415-385-4012
34. Tracy Lee Silva
W5448 Shady Lane Rd.   Mauston WI 53948
Silvatra@Gmail.com
(414)803-2345
35. chris-harold: house of cave
c/o Post local box 43692
near Las Vegas, Nevada [99999]
36. Dominick Guarneri
171 Lombardy Lane  Banning, California  92220
8714 747 4477  xxairmen@yahoo.com
37. Frank Schneider
13816 Cornishcrest Road
Whittier, California 90605
FrankaSchneider@gmail.com
**38. Robert J. Intlekofer**
**4625 east county rd.#54**

**Fort Collins, Colorado**
**970-214-8754**
**intlekoferb@yahoo.com**
39. Edward George Novotny
40. Etta Beulah Novotny
917 Brookside Dr.
Cortez, Colorado [81321
(970) 565-8353  enlaw14@msn.com
41. Nelson Diaz Scott
P.O. Box 1114
Delta, Colorado [81416]
970-623-1142
42. Jakob Hunter Kreycik
P.O. Box 87
Paonia, Colorado [81428]
970-527-6851  kobi44@hotmail.com

Lien Debtors; THE AMERICAN BAR ASSOCIATION; A CORPORATION, ET AL
321 North Clark Street
Chicago, Illinois 60610
Phone: 312-988-5000
Fax: 312-988-5677
THE INTERNATIONAL BAR ASSOCIATION; A CORPORATION, ET AL
4TH FLOOR 10 ST BRIDE STREET
LONDON EC4A 4AD
UNITED KINGDOM
TEL: +44 (0)20 7842 0090
FAX: =44 (0)20 7842 0091
Executive Office for United States Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530-0001
Individual Executives, Officers, Directors, Board of Governors,
Commission on Governance, Committee Members, as of October 6,
2015, including, but NOT limited to;
DEPARTMENT OF JUSTICE:
MONTY WILKINSON; ESQUIRE
A.B.A.: Paulette Brown, Esquire; President, 2015-2016
Patricia Lee Refo, Esquire; Chair, House of Delegates, 2014-2016
Lina A. Klein, Esquire; President Elect, 2015-2016
Mary T. Torres, Esquire; Secretary, 2014-2015
G. Nicholas Casey, Jr., Esquire; Treasurer, 2014-2017
Jack L. Rives, Esquire; Executive Director, 2010-Present
Kenneth Widelka, Esquire; Chief Financial Officer
10Carl Cooper Esquire; Member of President's Counsel on Diversity
Nathaniel L. Doliner J.D, Esquire.; Chairman of the Business Law Section
Alicia L. Downey, Esquire; Member of Antitrust Law Council
Jorge R. Gutierrez, Esquire; CPA
Stephen N. Zack, Esquire; Boies, Schilier & Flexner LLP
Timothy W. Bouch, Esquire; American Bar Association
William C. Hubbard, Esquire; American Bar Association
Dennis B. Drapkin, Esquire; American Bar Association
Susan P. Serota, Esquire J.D.: Pillsbury Withrop Shaw Pittman LLP
Commission on Governance:
CO-CHAIR: Roberta D. Liebenberg, Philadelphia, PA; CO-CHAIR:
James Dimos, Indianapolis; IN MEMBERS: William R Bay, Saint

Louis, MO; Michelle A. Behnke Madison, WI; Deborah Enix-Ross,
New York, NY; Ellen J Flannery, Washington, DC; James S Hill,
Bismarck, ND; Kay H Hodge, Boston, MA; Tommy Preston Jr.
Columbia, SC; Beverly J Quail, Denver, CO; Carlos A Rodriguez-
Vidal, San Juan, PR; Neal R Sonnett, Miami, FL; Palmer Gene
Vance II, Lexington, KY; Robert N Weiner, Washington, D.C.; H.
Thomas Wells Jr., Birmingham, AL; James A Wynn Jr., Raleigh, NC;
BOARD OF GOVERNORS LIASIONS: Laura V Farber, Pasadena, CA;
Michael E Flowers, Columbus, OH; STAFF: Marina B Jacks, Alpha M.
Brady; Rochelle E. Evans;
I.B.A: Mark Ellis, Esquire; Executive Director
Talia Dove; Executive Assistant
Elaine Owen; Head of BIC/Assistant to President
Tim Hughes; Deputy Executive Director
Donna Canty; Human Resources Director
Joe Bell; Operations Director
Glynn Davies; Head of Finance

### Additional Lien Debtors:

RICHARD CLARK 155 E. BROADWALK DRIVE, SUITE 403 FORT COLLINS COLORADO 80525
HOWARD R. TALLMAN  UNITED STATES BANKRUPTCY COURT FELONIOUSLY ACTING JUDGE
JOLI A LOFSTEDT  ESQUIRE BAR REG. NO # 21946  FELONIOUSLY ACTING TRUSTEE FOR CASE
NUMBER 14-11530 HRT
JOSEPH G. ROSANIA ESQUIRE BAR REG. NO # 12499 950 SPRUCE ST. SUITE 1 LOUISEVILLE CO. 80227
KENNITH S. GARDNER,  CLERK 1961 STOUT STREET STE. 12-200 DENVER COLORADO 80294

#### validated with  evidence in fact of felonious activities

(Allegations:) my claim, my evidence in fact

1. The AMERICAN BAR ASSOCIATION, the INTERNATIONAL BAR ASSOCIATION, and the
DEPARTMENT OF JUSTICE, are commercial derivations & subsidiaries of the Crown Templar, or Temple Crown,
whose Corporate Headquarters is located in the City of London, England. **Is this correct? Yes? or No?**

2. In 2007, William C. Hubbard, Esquire, received the American Inns of Court Professionalism Award for
the Fourth Circuit. In 2015, he was called to the bench as an Honorary Bencher of the Middle Temple in London. **Is
this correct?  Yes? or No?**

3. The A.B.A. was founded on August 21, 1878, in Saratoga Springs, New York, by 100 lawyers from 21
states. The I.B.A. established in 1947, now has over 55,000 individuals and the 195 bar associations and law
societies, and its organization continues to grow.  **Is this correct?  Yes? or No?**

4. The first President of the AMERICAN BAR ASSOCIATION was it's inceptor, creator, and implementor,
James O. Broadhead. Representatives of 34 national bar associations gathered in New York, NY on the 17th of
February 1947 to create the I.B.A.. Was this NOT an act of "Piracy on Land," pursuant 18 USC #1651-1661? (my
claim is yes)

5. Initial membership was limited to bar associations and law societies, but in 1970, I.B.A. membership
was opened to individual lawyers. Members of the legal profession including attorneys, solicitors, barristers,
advocates, members of the judiciary, in-house lawyers, government lawyers, academics and law students comprise
the membership of the I.B.A. . Is this historical notation correct?  (my claim is yes)

6. James O. Broadhead  violated the Original and Organic X III Amendment of the constitution of the pre-
1871 Continental  uNited States of America, when, in 1878, he was chosen president of the American Bar
Association, which meet at Saratoga, N.Y. in 1882, he was elected as the State's representative to the 48th
Congress as a Democrat, and in 1885 was appointed by the government as special agent to make preliminary
search of the record of the French archives in the matter of the French spoliation claims, making his report in
October, 1885. He was U.S. minister to Switzerland, 1893-'97.  Do you agree James O. Broadhead committed
treason against the Continental United States government in forming the A.B.A., and becoming its first President?
**Yes? or No?**

7. James O. Broadhead's election & appointment were direct abrogations and usurpations of the 1803
Supreme Court ruling over Marbury v. Madison, wherein, John Marshal rendered a majority decision restricting
Barristers & Esquires, and other holders of Titles of Nobility, from holding government, or public offices, and
declared that, "*prescribing, giving, or taking such Oaths of Office*" to these offices was "a solemn mockery" against

the US Constitution, against its people, and was "*equally a crime.*" If this is a correct assessment of the foundation & legacy of James O. Broadhead, it stands, then, that the entire concept, structural design, and the implementation; ie "Electoral College," " 'Lifetime Judicial Appointments' "Copyrighted, Revenue-bearing Statutes, Codes, Rules, Ordinances," etc., created by the A.B.A. are fraudulent, malicious, egregious, and corrupt to the A.B.A.'s core. **Yes? or No?**

8. Mr. Broadhead's coalition of 100 foreign agents ("attorneys"), who, in-concert, collusion, and conspiracy, created, with the encouragement, support, and aid & abetting of the Federal Reserve Debt Banking System, the AMERICAN BAR ASSOCIATION, in their efforts to "federalize," "democratize," "incorporatize," "defraud," and to silently overthrow the original & genuine Constitutional government of the united States, and to subvert, usurp, and to destroy the Unlienabe & Natural Rights of the People & Tribal families, who resided & inhabited the Land, established by our Nation's Founding Fathers. Would you agree with this assessment? **Yes? or No?**

9. Is it NOT True, then, that, "fraud vitiates all contracts," and that, all commercial contracts, including, but NOT limited to, ALL unlawful sentences & incarcerations of political prisoners (ie; imprisoned I.R.S. Lien Debtors, non-criminal offenders), wherein, such commercial contracts were all conceived in fraud, and lacking any moral & ethical character, are in direct conflict with Natural Law & Commercial Law, and thus, every A.B.A "contract" since 1882, whether verbal, or written, including, but not limited to all Judicial Oath's of Office, falsely sworn to, and fraudulently securitized, monetized, and commercialized, are Null & Void, your latin term ab initio? **Yes? or No?**

10. the country's so called "Founding Fathers" established our Original & Organic Constitution under the "Land Jurisdiction," and NOT the "Jurisdiction of the Sea," or "Holy SEE," with various "embargos" against acts of piracy, press-ganging, personage, slavery, barratry, and other notorious & potentially injurious foreign intrusions, including the Titles of Nobility Act, the XIII Amendment, Bills of Attainder, and other notable acts and codifications of law that were to insure the health, safety, and welfare of the government, the land, and the People. **Is this historically correct?  Yes? or No?**

11. If your answer to Question #10 is "Yes," then under what law form, or forms, was the A.B.A., the I.B.A., and their minions, able to subvert & usurp the "Land Jurisdiction" with the mere "presumption" of the "Jurisdiction of the Sea?" A. "Admiralty Law?" B. "Maritime Law?" C. "International Law?" D. "Commercial Law?" E. "Uniform Commercial Code?" "Roman Curia Law?"

12. The National Lawyer's Guild was established in 1937, and, according to historic record, has its origins in the Communist Party. The A.B.A. was in protest of its establishment due to a belief that the N.L.G. was a "*militant segment of the bar.*" In comparison to the criminal, unethical, and immoral conduct & activities of the members & individuals of the A.B.A., the members & individuals of the N.L.G., even if they are referred to as Communists, could be almost called "Saints," as the N.L.G. genuinely & honestly works for the people, and NOT for the corporations, as the A.B.A. does. Is this an accurate description & comparison of the A.B.A., and the N.L.G.? **Yes? or No?**

13. During the McCarthy era, the N.L.G. was accused by Attorney General Herbert Brownell Jr. as well as the House Un-American Activities Committee of being a Communist front organization. Federal Bureau of Investigation director J. Edgar Hoover repeatedly tried to get a successive Attorney General to declare the N.L.G. a "*subversive organization,*" but without success. If the A.B.A. was so opposed to the N.L.G., as alleged, why did the A.B.A.'s own Attorneys General, block the FBI's, Brownell's, the House Un-American Activities Committee, from prosecuting the N.L.G., when the A.B.A. claims the N.L.G. is, quite simply, "*a militant segment of the bar* (A.B.A.)?" Was this protest by members & individuals of the A.B.A. simply a ruse, or a Red Flag operation, to cloak the true intent & nature of the A.B.A., and banking elitist they represent?  Please be specific in your answers!

14. The 1944 HUAC history asserted that the N.L.G. was merely "a streamlined edition of the International Juridical Organization," a Communist Party mass organization established in 1931. Is the A.B.A., and the I.B.A., not also, Corporate members/associates of the INTERNATIONAL JURIDICAL ORGANIZATION? **Yes? or No?**

15. It is a well documented fact, that the A.B.A., and the I.B.A. are, quite simply, "political organizations" with distinct corporate connections to all nations, and State BAR Associations, Inns of the Courts, and to Districts & Middle Inns of the courts, and to Districts and Middle Inns made up of adjoining State BAR Associations, and that, in order to "*serve at the bench,*" all judges, from a municipal "judge," to the "Justices" of the US Supreme Court, according to the Federal Civil Procedures Act, MUST be members of the BAR.  Does this "interstate districting," and the "judicial mandating" for the seating of "judges," "justices," and "magistrates," NOT violate every Nation's/State's General Laws & Rights, abridge individual voter & election rights, abrogate both State & Federal Constitutions, and completely nullifies the A.B.A.'s, and the I.B.A.'s very own "Articles of Incorporation," "Policies & Procedures," "Bylaws," and their own "Professional Rules of Conduct?" **Yes? or No?**

16. Both the A.B.A., and I.B.A., market their wares & practices as "voluntary," yet, in actual practice & execution, A.B.A. , and I.B.A. by all lawful and "legal" definitions, practice, what can only be defined as a "**MONOPOLY**" over the entire International & United States Justice Systems, and the A.B.A. dominates the

genuine two branches of Continental government of the united States. Are the requirements set forth in the F.C.P.A., then, prima facie evidence of this criminal "MONOPOLIZING" of the Justice System, and does it NOT, in fact, encourage & promote the destablization of the world's governments, through military occupation, political lobbying, social & economic manipulation, and inciting civil protest & unrest? **Yes? or No?**

17. Despite the fact, that, MONOPOLIES, and other antitrust R.I.C.O. activities, are both unlawful & "illegal" on the Land, the A.B.A., and the I.B.A., knowingly & willingly operate in Ultra Vires, and with total disregard & distain of human rights guaranteed by the Universal Declaration of Human Rights, and the numerous safeguards built into the State & Federal Constitutions. These safeguards are built into any number of the Maxims of Law, and the Constitutionally-derived laws, including 15 USC 1 & 2, which state very clearly & unambiguously, the penalties for operating in such a manner;

### 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty;

"Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the (this) court."

### 15 U.S. Code § 2 - Monopolizing trade a felony; penalty, which states;

"Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the (this) court."

18. Used in concert & conjunction with this Commercial Obligation Lien, 15 USC 1 & 2, and the invocation of our "Crime Victim's Rights" as defined & described under 18 USC #3771, the A.B.A., I.B.A., and the D.O.J., by the preponderance of well documented evidence, and by the sheer weight of notable & probable causes, already posted in, both, the private & public records, the individual members of the A.B.A., the I.B.A., and the D.O.J., acting in their "corporate capacities," are found to be "guilty" on both counts, and are "guilty" of all crimes described under the "Piracy Codes" of 18 USC #1651-1661, and under 42 USC #14141-Cause of Action. Would you NOT agree? **Yes? or No?**

19. Given the incredible weight & preponderance of the evidence, even the private courts owned & administered by the A.B.A., the I.B.A., and the D.O.J., MUST find themselves "guilty-as-charged," and MUST, therefore, under their own statutory laws, convict themselves, less they be totally void of Human Honor & Character.

20. This "written confession," of course, is not likely to happen, yet, under 28 U.S. Code 455(a,b,c,d,e,f), which, in effect, dissolves the Judiciary, a.k.a. "A.B.A.," a.k.a. "I.B.A.," a.k.a. "D.O.J.," of all their jurisdiction, power, and authority, to hear, or adjudicate over such a clear case of fraud, unless of course, the "corporate body," itself, and all actors, justices, judges, magistrate judges, bankruptcy judges, spouses or minor children, as the case may be, "divests himself or herself of the interest that provides the grounds for the disqualification."

21. **For obvious reasons, as previously stated, the A.B.A.'s, the I.B.A.'s, and D.O.J.'s, private courts CANNOT begin to presume to have subject-matter, personal, or territorial jurisdiction, power, or authority, over matters dealing with any Living Being, wherein, this Commercial Obligation Lien can only be dismissed by the Lien Claimant, or a properly convened & seated common law jury, independent of the Crown Templar courts.** To the detriment of the A.B.A., the I.B.A., its Officers & Crew, and their entire membership, U.S. Code 28 19#455 is exceedingly clear, and unambiguous in its mandates, and the common law jury, as drawn & specified in the Commercial Lien processes, belongs to the People, and NOT to any corruptible corporate body politic.

22. In brief, U.S. Code 28 #455 requires & demands that all individual members of the A.B.A., the I.B.A., and D.O.J., "divest" themselves of any & all "financial interests" in any government, including their financial ties to the only True branches of the Continental united State's government, their for-profit jail & prison systems, and that, they release all military prisoners, corporate captives, and political hostages, currently being held by force, threat, intimidation, blackmail, extortion, or by any other unlawful means. This includes the immediate release of all government law enforcement officials, employees, clerks, and staff.

23. The A.B.A. has 410,000 members, and the I.B.A. has 55,000 members, with each individual member acting & operating in their own "corporate capacities," (P.C.'s, L.L.C.'s, etc.) and each member is, by corporate association, in violation of 15 USC 1 & 2, for a total monetary penalty of SIX HUNDRED MILLION

US GOLD DOLLARS ($600,000,000.), EACH, including Tort Claims of 3X's, and TEN (10) YEARS imprisonment, per individual, corporate-body, per offense (lobbied, legislated, and executed revenue-bearing statutes, codes, rules, ordinances, and every color of law crafted & copyrighted by the individual members of the A.B.A., the I.B.A.), per each crime victim (315 Million +).

24. Obviously, there is not enough gold in the world to cover these "Accounts Payable," or the People's "Accounts Receivables," so the A.B.A., and the I.B.A., along with all of their corporate affiliations MUST, by the sheer weight of the debt owed, be dissolved, their corporate, personal, and private assets forfeited, seized, recovered, and returned to the People they have injured. Its membership, then, MUST work off the un-recovered debts, either through imprisonment, or hard labor, which, as "Public-anuses," none of A.B.A.'s, or the I.B.A.'s members are accustomed to.

25. The A.B.A.'s national headquarters are in Chicago, Illinois; it also maintains a significant branch office in Washington, D.C. . The I.B.A.'s Corporate Offices are located in the City/State of London, England. These physical public & private properties & assets are to be returned to the People, from whom, the capital funds used to build these centers of profit & houses of unjust enrichments, were pirated & stolen. Turning these physical, brick & mortar, assets into centers of knowledge, as in libraries & monuments for the People, would be the Lien Claimant's recommendation.

26. The A.B.A., by its own admissions & postings, "provides law school accreditation, continuing legal education, information about the law, programs to assist lawyers and judges in their work, and initiatives to improve the legal system for the public. The Mission of the American Bar Association is to be the national representative serving the (MONOPOLY) of the legal profession, serving the public by promoting justice, and the professional excellence and respect for the law." **Is this true?  Yes? or No?**

27. The genuine Truth of the matter, is that, the A.B.A., the I.B.A., the D.O.J., nor any of their individual officers, or members, have any genuine "respect for the law," as evident in the following Oath of Office requirement, pursuant 28 USC #453, taken by thousands of their "Administrative Clerks" posing as "judges";
"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."

28. This Oath does NOT say, "under the legal system, or corporate body politic." NOR does it say, "the United States of America, Inc.," as semantically devised, created, lobbied, legislated, or executed, by the individual members of the A.B.A., or the I.B.A.. And, yet, to swear, under Oath, and under the Penalty of Perjury, "So help me God," is, by all definitions, **"Perjury,"** wherein, the A.B.A.'s & I.B.A.'s practices & conduct in "denying God," is clearly evident in every A.B.A. courtroom in America, and in every, single, revenue-bearing, statute, code, rule, ordinance, and every, single, color of law enacted in both the Public & Private Record.

29. It stands to reason, then, and as a point of accepted & universal Truth, that each & every Oath prescribed, given, taken, filed, recorded, monetized, and securitized, and placed into commerce, by every justice and judge, is a false & fabricated statement, and a written confession to sedition & treason, taken/given in an **"open court of law,"** is a willing & premeditated act of Treason, and commercial fraud, against the Continental united States of America, against its Constitutions, and against its residents & inhabitants, pursuant Article III, Section #3 of the Constitution, and ignorance of the law shall be NO excuse, and it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.  Would you agree that these Oaths are acts of Sedition & Treason, and that, the judgments handed down at the Nuremberg Trials were correct?  **Yes? Or No?**

30. The **"legal definition"** of the term **"Public,"** according to Black's Law Dictionary (Eighth Edition), reads; "1. Relating or belonging to an entire community, state, or nation [Cases: Municipal Corporations ℰℰ 1557-1559.] 2. Open or available to all to use, share, or enjoy. 3. (Of a company) having shares that are available on the open market. [Corporations].  Do you agree with this "legal definition?" **Yes? or No?**

31. The "legal definition" of the term "publican," has its origins in the Latin term, "publicanus," which comes from "Hist. Roman Law, and means, " A tax collector. A publicanus was described as "a farmer of the public revenue," although the publicanus reaped only the money from that sown by the labor of others."
Would you agree with this Black's Law Dictionary definition? **Yes? or No?**

32. The definition of the term LEGAL. "the undoing of God's Law." 1893 Dictionary of Arts and Sciences, Encyclopedia Britannica; a dictionary of arts, sciences and general literature/ The R. S. Peale 9th 1893. God's Law is also known as "Natural Law,"  and Natural Law is the foundation for "Commercial Law," wherein, "the Truth bounds all contracts." Does the A.B.A., the I.B.A., or the D.O.J., then, promote & support the "undoing of God's Law"? **Yes? or No?**

33. Following this definition, what does the A.B.A., the I.B.A., or the D.O.J., actually produce in real benefits

for the people, other than non-productive, self-serving, job programs for its own members, and its affiliated corporations, such as the I.R.S., J.P. Morgan Chase, Wells Fargo Bank, Citicorp, and its privately-controlled & administrated for-profit jail & prison systems? **Please be specific in your answers!**

34. According to the **Northern Trust Corporation** documents obtained from the Federal Securities & Exchange Commission, the Bar, a.k.a. "The A.B.A." is the very same corporation as the Internal Revenue Service, and that, the A.B.A. owns Wells Fargo Bank, J.P. Morgan Chase, Citicorp, and a host of Fortune 500 companies. Are these documents correct? **Yes? or No?**

35. If your answer to #34 is "**Yes,**" does this NOT present an incredibly serious "**Conflict of Interest**" for the A.B.A., the I.B.A., and the D.O.J., pursuant to their very own corporate laws prohibiting such misconduct, fraud, and misrepresentation, when the I.R.S. issues fraudulent mortgage foreclosure liens against living inhabitants of the Land, and the A.B.A.'s membership which includes Attorney Generals, District Attorneys prosecuting attorneys and/or defense attorneys, re-presents the I.R.S. in these kangaroo court cases, and where the Administrative Clerks, a.k.a. "**acting judges**" adjudicating over such matters are, also, members of the A.B.A.? **Yes? or No?**

36. If the answer to #35 is "**No,**" please present the law, or even the "**legal statute,**" which gives any A.B.A., the D.O.J., or any usurp, I.B.A. member subvert, the privilege obstruct & commerce, right or to criminally deprive, the Unlienable & Natural Rights of any living individual of land ownership on the land.   You have an obligation to be very specific in your answer.

37. The A.B.A., and the I.B.A., as "**political organizations,**" are two of the most powerful lobbying organizations within the City/State of Washington, D.C., Brussels, The Hague, the Vatican, and in each of the 50 states, wherein, the A.B.A., and the I.B.A., and their subsidiary corporations, have an unprecedented "**financial interest**" in all national & state governments, when they create, present, draft, construct, and instruct, elected & appointed government officials & agents of these Nation/States, including the Federal & State governments, on how best to execute revenue-bearing statutes, codes, rules, ordinances, and a broad mix of "colors of law," from which the A.B.A., the I.B.A., its members, or their affiliate corporate shell franchises, are awarded lucrative government contracts involving the execution & enforcement of their copyrighted & legislated statutes, codes, rules, etc.. Is this an accurate assessment of the A.B.A.'s, and I.B.A.'s "financial interests," their lobbying power & efforts used by its individual & corporate members? **Yes? or No?**

38. Once, again, with such broad legislative & executive powers to enforce these revenue-bearing statutes, codes, rules, and ordinances, does this NOT abrogate those very limited Constitutional powers delegated to the Judiciary by the united States, and the people, and do they NOT violate the A.B.A.'s , and I.B.A.'s very own Corporate Charters, their Policies, Procedures, Bylaws, and Professional Codes of Conduct? **Yes? or No?**

39. As the "Principals (Individuals)" behind the A.B.A.'s, and I.B.A.'s "financial interests," lobbying, legislating, and the execution of ordinances, these and revenue-bearing with all Federal & statutes, codes, State Enforcement Law and officials now being under the control of the A.B.A., a.k.a. "DEPARTMENT OF JUSTICE," or the I.B.A.'s "INTERPOL," does this NOT make these Law Enforcers culpable, responsible as "**Accessories after the fact,**" and "**parties to the null & void contracts,**" and does this NOT directly implicate the agents, employees, and contractors, as criminal co-conspirators of the A.B.A.'s, and I.B.A.'s Corporations?   **Yes? or No?**

40. If you answered "Yes" to Question #39, are you testing, then, that the A.B.A., and the I.B.A., have a "financial interest" in all elected, selected, and appointed Law Enforcement officials, and that, these individuals have, in- concert, and under a myriad of "**colors of law,**" and for the "**financial benefit**" of the A.B.A.'s, of the I.B.A.'s corporate bodies, "**voluntarily**" committed voter & election fraud under the presumptions & misrepresentations, that the People have been dooped & hoodwinked into believing they have any type of say over who they may elect, select, or appoint? **Yes? or No?**

41. Such reckless behaviors & "**presumptions,**" then, can be easily construed by any competent, and properly convened & seated common law jury of the people, as forms of racketeering, hijacking, and the piracy of the peoples election systems, along with the piracy & seizure of the People's lands & labors, and the destruction of there un-lienable & Natural rights for the mere benefit & pleasure of the BAR & banking elite. Would this be a correct assessment & assertion? **Yes? or No?**

42. Given the heavy "**contractual & commercial nature**" of your debt money system, your high-priced lobbying, your "**legalized,**" and copyrighted legislations, and the excessive use of force in executing your statutes, codes, rules, ordinances, and other colors of law, by those 'allegedly' elected, selected, and appointed Law Enforcement agents, duelly sworn under Oath to protect & serve the State & Federal Constitutions, does this NOT present a very serious and Tortious "**Conflict of Interest,**" and a major "**misrepresentation**" by the individual/corporate members of the A.B.A., the I.B.A., and their "contractors?" **Yes? or No?**

43. Would you **NOT** agree, that these criminal acts, are equally violative of the "**Supreme Laws of Land**," and the A.B.A.'s, and the I.B.A.'s, very own Corporate Charters, along with violating each & every filing & registry of your corporate subsidiary's "**Articles of Incorporation**" on public record in each nation, and in the 50 states of America? **Yes? or No?**

44. Given the Maxim of Law, which states, "**NOTICE TO PRINCIPAL IS NOTICE TO AGENT, AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL**," does it NOT follow, then, the terms & conditions drawn in the Commercial Obligation Lien processes, that, any & all of A.B.A.'s, and I.B.A.'s executives, officers, directors, employees, agents, and their contractors, ie; Government Law Enforcement Agents, are violating the terms & conditions set forth under law, and they are all, presently, operating in commercial dishonor & default? **Yes?** or No?

45. This means, then, any all A.B.A. I.B.A.,and D.O.J. executives, officers, directors, employees, agents, & contractors, are "**lawfully**" & "**legally**"  prohibited from approaching, engaging, or contacting, any & all witnesses, crime victims, and who are Living residents, and inhabitants on the Land, Territories, or Colonial Districts, until the terms & conditions of this Commercial Obligation Lien (Agriculture Lien), pursuant 15 USC, are satisfied in full. **Would you NOT agree?  Yes? or No?**

46. Inasmuch; This Commercial Lien, a.k.a. "**Agricultural Lien**," is, also, to be received & considered a Writ of Injunction & Restraint against the A.B.A., the I.B.A., and the D.O.J., along with a formal & official "**order by the People to CEASE & DESIST**" with including, all but violations NOT limited & crimes against humanity, including, but **not** limited to, ending the lobbying, influencing, scripting, construction, drafting, legislating, or executing, of any & all revenue-bearing statutes, codes, rules, ordinances, or any other "**color of law**" enactments in **any** house of the people's lawfully constituted government(s). Do you agree that these demands & claims for remedy are warranted, lawful, and just? **Yes? or No?**

47. If your answer, or response, to Questions #45 & #46, is "**No**," please reconsider 18 USC, #3771, wherein, every Living resident, and inhabitant of the Land, has been, and is, either, a "**Witness**," or a "**Crime Victim**" of the A.B.A., the I.B.A., and the D.O.J., and as such, they are entitled to protection by their dejure & defacto US Marshal/united States Marshal Services, the Civilian Provost Marshal, the dejure Military, and their own County Sheriffs, wherein, these officers are held to their dejure contracts in commerce, and they are under their own Oaths of Office to protect "**Witnesses**," and "**Crime Victims**," and to serve, both, State & Federal Constitutions, with all revenue-bearing statutes, codes, rules, ordinances, and other colors of law, **NOTWITHSTANDING**. Are these NOT the obligations & duties of the US Marshals / united States Marshal's & County Sheriffs defined & described under your very own statutes, codes, etc.? **Yes? Or No?**

48. Having invoked 18 USC #3771, which is, clearly, a lawful & righteous derivative of the Continental united States Constitution's prohibitions & constraints, all "**witnesses**," and "**crime victims**" are guaranteed due process under the Law of Nations, remedy & recourse for their injuries, particularly, after these guarantees & protections have been intentionally  & willfully obstructed , subverted, misrepresented, and/or totally denied by those charged & tasked with providing these guarantees & protections. Would you NOT agree? **Yes? or No?**

49. There are THIRTY (30) Articles in the Universal Declaration of Human Rights.
Of these Articles, which Article, or Articles, does the A.B.A., the I.B.A., or the D.O.J., support, and which Article, or Articles, does the A.B.A., the I.B.A., or the D.O.J., reject?  You have an obligation to  be "**specific**" in your answers.

50. The entities, Agents, and Individuals, that are listed above as Lien Debtors, by their own admissions, records, actions, inactions, omissions, malfeasance, misconduct, or pure negligence, prove, well beyond any reasonable doubt, that they are, at the very least, "guilty" of criminally violating **Title 15 USC 1& 2, a host of Title 18 USC violations, including, but not limited to; Title 18 USC violations, including, but not limited to Title 18 USC 241, 242, Title 22 USC Registrations, Title 26 USC, Title 28 USC,** and numerous violations of trust & breach of contract under **Title 42 USC 1983. Is this NOT a correct assessment?**

51. With the Lien Claimants having invoked these laws, derivative codifications, protections and immunity's, and to include "**His Holiness Pope Francis has issued a Motu proprio on criminal law matters. Apostolic Letter of Pope Francis! Strips Away High Official Immunity September 1st 2013!**" every law and code "**MUST**", in a point-by-point , article-by-article, be protested, argued, or rebutted, in an Affidavit of the truth, and taken under oath, that "**your**" protests, arguments, and rebuttals are the truth, the whole truth, and nothing but the truth, under the penalty of perjury, If you are willing and capable of doing so, you are being given NINETY (90) DAYS in which to do so?  Do you understand  **Yes? or No?**

52. Again, under the terms & conditions set forth in Commercial & Natural Law, the above mentioned Lien Debtors have NINETY (90) DAYS in which to respond, protest, or rebut, this Commercial Obligation Lien & Affidavit, and to return same via USPS Certified/Registered Mail. Failure to do so, will result in an immediate "**Asset**

**Forfeiture & Seizure**" of the "**Accounts Payable**" of TWO HUNDRED SEVENTY NINE TRILLION ($279,000,000,000,000) US GOLD DOLLARS, held by the A.B.A., and the I.B.A., pursuant U.S. Codes UCC-9/102 (Agricultural Liens), and UCC 9/607-610 (Secured Party's Right to take possession after default). Do you understand these terms & conditions?  **Yes? or No?**

53. A perfected & cured Lien also commands the recovery of the "**Accounts Receivable**," pursuant to 12 USC #411 mandates & guidelines, for the Affiant and Lien Claimants, who, by the endowed proxy of this Claim for Remedy, a.k.a. "**Commercial Obligation Lien**," and their Affidavit, will, under Oath, act in the capacity of Administrator, Beneficiary, and Grantor, in the assignment of a qualified "**Authorized Agent**" for the "**redistribution**" of the "**Accounts Receivables**" all laundered, pirated, and stolen assets, monies & properties, and to restore same to all injured parties, individuals, and "**crime victims**" of the A.B.A., the I.B.A., and the D.O.J., their Ponzi Franchise Corporations, and their subcontractors.

PROOF OF ALLEGATIONS:

1. The "**PROOF OF ALLEGATIONS**" lies directly at the feet of the individual Officers & Crew of the A.B.A., the I.B.A., and the D.O.J., ie; their Administrators, Executives, Officers, Directors, Employees, Agents, and Contractors, and with their honor, willingness, and their ability, to respond, protest, argue, or rebut the allegations made, herein, point-by-point, and article-by-article, under an Affidavit of Truth, under sworn Oath, and under the Penalty of Perjury.

2. It is anticipated & expected, that these individual members & contractors of the A.B.A., the I.B.A., and the D.O.J., rather than admit to their crimes against humanity, in-writing, will choose to go silent, or simply invoke the Fifth Amendment of the US Constitution, which, again, is NOT open to ANY A.B.A., I.B.A., or D.O.J. member, agent, employee, or contractor.

3. Their acquiescence, or silence, then, will, "**shall**", under the weight of Commercial Law & Natural Law, result in their/your **waiving all** of their/your corporate, public, private, and individual rights & immunities, as per 28 USC #455, and they will, also, be attesting to their acceptance & agreement to all allegations made, to accept all fines, fees, penalties & punishments they are deserving of, and entitled to, under Common Law, the Law of Merchants, International Law, Commercial Law, Natural Law, and to have violated their very own corporate laws & self- engineered codifications, which are grounds for the immediate dissolution of their/your corporate charters.  Are these terms & conditions clear to you?  **Yes? or No?**

LEDGERING AND TRUE BILL:

1. The ledger for this "TRUE BILL" is based on the Truth, the whole Truth, nothing but the Truth, and upon the MONETARY FACE VALUE of TWO HUNDRED SEVENTY NINE TRILLION ($279,000,000,000,000.) US GOLD DOLLARS retrievable from stolen & pirated properties & assets, pursuant 12 USC #411, believed to be of record, and all properties & assets suspected of being hidden in privatized off shore properties & accounts by various individuals & members the AMERICAN BAR ASSOCIATION, and the INTERNATIONAL BAR ASSOCIATION.

2. These stolen & pirated "assets" and "properties" will be confirmed & verified by a People's complete & independent audit of the Federal Reserve Bank, and an audit of the International Monetary Fund (IMF).

3. This "TRUE BILL" is, also, set against the MAXIMUM PUBLIC HAZARD BONDS/INSURANCES held by the A.B.A.'s, and the I.B.A.'s Bonding Companies, whether "in-house," or "independent," for all of these Entities, Agents, and Individuals, including, but NOT limited to, the Lien Debtors listed above.

4. As a Commercial Instrument, this "TRUE BILL" has an S.E.C. Tracer Number of #2640220, which is the Reception No.# assigned by the Mesa County Colorado Deputy Clerk & Recorder, Brandy Emow, for the filing of the fraudulent, fictitious, and fabricated Oath of Office signed by Colorado's 21st Judicial District Crown Administrative Clerks, Craig P. Henderson, and David A. Bottger, and witnessed by Sandra Casselberry, the Judicial Administrator for Mesa County, Colorado.

5. This "**S.E.C. Tracer Number of #2640220**" is a "**commercial securities tag**," and is but a single Exhibit of the prima facie evidence of the A.B.A.'s conspiracy to commit sedition, piracy, and commercial fraud, against the Lien Claimants, and against the people wherein, any such Oath "**prescribed, given, taken**," commercially securitized & monetized, was, and is, a "**solemn mockery**," and "**equally a crime**," according to the Crown's very own Supreme Court ruling by US Supreme Court Chief Justice, John Marshal, in 1803.

6. This "**S.E.C. Tracer Number of #2640220**", as related to this Commercial Obligation Lien, may be used as a form of identification for any & all "**Witnesses**," "**Crime Victims**," and/or "**injured parties**," when asked for identification by any A.B.A., I.B.A., or D.O.J. contractor, or revenue/tax collector ("Pulbicanus"),  (ie; Sheriff, Sheriff Deputy, Police Officer, FBI agent, HLS agent, etc.).

7. All such "**Crown Contractors**" are, under the terms & conditions of this International Commercial Obligation

Lien /Agricultural Lien/Writ of Injunction & Restraint/Cease and Desist order, prohibited from engaging with detaining, arresting, incarcerating, harassing, coercing, or intimidating, "**any witness**" "**crime victim**" a.k.a. "**any living being**" or citing same under any revenue-bearing statute, code, rule, ordinance, or any other "**color of law**" infraction, providing the Living Being has NOT harmed or injured another Living Being. [Corporations CANNOT be injured!] Without an "**injury**" there can be **no** crime. And NOWHERE can these statutes adhere, and no "**false presumptions of a crime**" shall be made, authorized, or enforced!

8. Any encroachments, or violations, upon the terms & conditions stated above by any "**Crown Officer,**" "**Crown Agent,**" or "**Crown Contractor,**" will result in additional 15 USC penalties levied upon the corporate, personal, and private properties & assets of these individual "Officers," "Agents," or "Contractors," while operating privately, or in their "corporate capacities."

9. This **S.E.C. Tracer Number of #2640220**, however, and wherever, presented, will serve as the People's Rescission of Consent, and as fair, proper, and lawful notice to any & all criminal aggressions, "**CEASE & DESIST**" with "**trespasses**", and "**transgressions**", while operating on the Land, and/or under the "**presumed & alleged**" authority of the Military/Admiralty Flag of the Crown Templar.

SURETY & CERTIFICATION:

The Sureties & Certifications of, and for, any & all Corporate, Public, Personal, or Private Accounts, Bonds, Securities, Profits, Procedes, Fixtures, Chattels, and Assets owned/managed by ANY individual operating within the control of the A.B.A., the I.B.A., the D.O.J., or their, "in-house," Bonding Companies, and under the indirect, or direct control of the A.B.A., or the I.B.A., their Nation/State franchises, Inns of the Court, The Federal Reserve Banking System, or The International Monetary Fund (IMF) for these Entities, Agents and Individuals, are all considered as "**debt obligations**" to the Lien Claimants, their assigns, or their heirs. As such, the Lien Debtors are lawfully responsible for producing these Sureties, and all Certificates of Liability & Indenture.

ENFORCEMENT:

1. The "**Affiants & Lien Claimants**", without prejudice, and Reserving All Rights, declares this Commercial Obligation Lien to be self-effecting, self-evident, and self-enforcing, noting that the US Marshal/united States Marshall Service, is now lawfully restored to the People's Executive Branch of the Continental united States of America, and they are no longer contractually obligated to the A.B.A.'s subsidiary corporation of the Department of Justice, both of which, are, hereby, dissolved by the People for cause.

2. The US Marshal/united States Marshal Service, a Constitutional Law Enforcement Agency, and NO LONGER a "**Legal Enforcement Agency**," in the State of Illinois, and elsewhere throughout the 50 States, and their 94 government offices, will be tasked & charged with executing the seizing, freezing, and recovery of all the A.B.A.'s, and the I.B.A.'s corporate, public, personal, and private properties, found upon the Land, or found to be held by any & all individuals operating under the A.B.A., or the I.B.A., until such time, as the full face amount of this Commercial Obligation Lien is satisfied, and that all other Claims for Remedy made, herein, are unconditionally satisfied in full.

3. The US Marshals/united States Marshals, having been given the preponderance of evidence, and probable causes stated, herein, that crimes have been committed, and that, crimes are being committed, " **felony in progress**" and shall under their own authority, jurisdiction, and powers, as Sheriffs, commence, IMMEDIATELY, with serving "**Notice of this Writ of Injunction & restraint/Cease & Desist**", without the need of a court order, or warrant, as is their privilege, duty, and obligation, under Law.

4. On the NINETY-FIRST (91st) DAY after receipt of this or the original Lien date, the US Marshal's united States Marshal's & Interpol, are to commence with the freezing, forfeiture, and seizing, of all corporate, personal, public, private, and individual properties, accounts, and assets, known to be in the possession, or control, of the A.B.A., I.B.A., D.O.J., and/or any of their contractors.

5. Fair compensation shall be made for these anticipated expenses & services rendered, and for their abiding by their own Oaths of Office  (https://www.law.cornell.edu/uscode/text/28/563).

        The US Marshal/united States Marshal's Service & Interpol will receive TWENTY(20%) of the recovered assets, and will divided equally.  A Promissory Note shall be tendered to the dejure United States Treasury, and earmarked to the US Marshal Service & Interpol in this amount. The full face amount of the Promissory Note will be made payable to the US Marshal Service & Interpol immediately upon the successful recovery, reclamation, and return, of the Lien Claimant's "Accounts Receivables."

6. Should it ever be misconstrued, or misrepresented, that this Promissory Note, and payment to the US Marshal/united States Marshal's Service & Interpol, is some form of bribery, the Lien Claimants shall argue & deny appropriate same, and compensation declare for the these tasks & expenses the US Marshals & Interpol are tasked & charged with. These funds constitute stolen & pirated properties lawful & assets of the people, and these compensations are to be considered "bounties," "prizes," and "rewards" for honest service by the people's law

enforcement agencies & agents.

LIEN CLAIMANT'S CERTIFICATION/OATH & AFFIRMATION:
I,_____, a living, breathing, being, a Natural inhabitant of the Land, and who is of
the age of the majority, and NOT a child, and who has NOT been found lost at sea, non decedent, never lawfully
abandoned by my creator, or left on the battlefield, am competent in commerce to certify on my own unlimited
commercial liability, that I have read the above Affidavit of Obligation, and do know the contents to be true, correct,
complete and not misleading of the truth, the whole truth and nothing but the truth, and do believe that the above
committed contrary to the Supreme Laws described acts have been cited, defined, described, herein.



"  _Robert J Indel___

:House & Family of

date: _12 / 29 / 15_

As First & Second Witnesses to the content of this Affidavit, and to the Living Character & red-inked, blood
signature of Affiant, and Lien Claimant, I attest to both as being true in material fact, and both were done without
malice, contempt, the intent to defraud, or to evade the truth, the whole truth, and nothing but the truth.

_RICK FAMILY OF HAYAM_
Witness/Beneficiary

date: _12 / 29 / 15_

_Denim Kraure_

Witness/Beneficiary

Date: 10/15/2015 CERTIFICATE OF SERVICE
    BE IT KNOWN TO ALL MEN, the Affiant shall post this Commercial Obligation Lien to the
Public Record with a filing to the united State's Secretary of State, and Colorado's Secretary of State,
and make every attempt of service to the Principals, via USPS Certified Mail noting that NOTICE TO FOREIGN
AGENT IS NOTICE FOREIGN PRINCIPAL, NOTICE TO FOREIGN PRINCIPAL IS NOTICE TO FOREIGN
AGENT(S).  IN AS MUCH, the Affiant is NOT responsible for the qualification of service to each & every Lien
Debtor, as FOREIGN AGENTS MUST NOTIFY FOREIGN PRINCIPALS, AND FOREIGN PRINCIPALS MUST
NOTIFY FOREIGN AGENTS. THIS INCLUDES THE A.B.A.'S, AND THE I.B.A.'S BONDING AGENTS &
ENTITIES CHARGED WITH THE BONDING & INSURING OF SURETIES OF THEIR CLIENTS.

USPS CERTIFIED MAIL REGISTRY NO.#'S:
original sent to    to united States secretary of state,   2401 E. Street, N.W.
Washington, D.C. 20037 Offices on the 12th and 13th Floors
original sent to Colorado Department of State 1700 Broadway, Suite 200
                    Denver, CO 80290 303-894-2200,

7014 1820 0001 1307 6416      enjoined in acts of piracy Howard R. Tallman, and Kennith S. Gardner
                             721 19th st. Denver Colorado  80202-2508

7014 1820 0001 1307 6393      enjoined in acts of piracy Joli A. Lofstedt, and Joseph G. Rosamia  950
                             Spruce Street, suite #1  Louisville Co. 80227

7014 1820 0001 1307 6423      enjoined in acts of piracy  Richard Clark 155 E. BROADWALK DRIVE,
                             SUITE 403 FORT COLLINS COLORADO 80525

_15 of 15_

"robert joseph intlekofer affidavit of truth"

**"Hear yee, hear yee,    I am returning your original paperwork, spurious dock u ments** that has become evidence in fact of piracy in your fraud and swindle, and shall release this commercial lien upon your affidavit of truth per commercial lien rules.

**to all that have ears to hear and eyes to see in this lawful action of what is going to happen on day 7,"**

I the nephesh chey, (living man) present as **"my affidavit of truth"** and claims as my evidence in fact witness (state) the following, your terms "give notice of this criminal complaint", claim of action I as the nephesh chey (living soul) that reigns over all dead CORPORATE fictions, commercial liens shall take these **"actions quickly"** evidenced in fact that piracy and multiple felony's are in progress. It is my counterclaim that until I receive affidavits from all alleged plaintiffs, that have now become **"defendants" Joli A. Lofstedt, Joseph G. Rosania, Richard Clark** to the judgments and actions of the superior court of The Continental united States of America dated the 17th day of September.

1. it is my claim that the name that was/is on your paperwork for your legal actions needs to be validated before I can proceed, who exactly is the responsible party/principal for that name as it is my claim that **I am not the responsible party/principle title holder to that NAME, nor do I own equitable title, or quit possession of that NAME, that you have placed on your piracy dock u ments,** your terms that have become  evidence in fact of the piracy claims that follow,  legal NAME = legal entity = corporation = artificial person = legal person, and "I am" a nephesh chey, and I object and rebut your presumption that I am a "debtor", or enjoined with any odious debt in your system, and until I get your affidavit of truth, being very specific in your answers, it is my claim that you have already violated the fair debt collections act in multiple ways, and in titled robert joseph intlekofer to commercial liens at this time.

"The FDCPA broadly prohibits a debt collector from using 'any false, deceptive, or misleading representation or means in connection with the collection of any debt.' 15 U.S.C. § 1692e." *Dunlap v. Credit Protection Ass'n, L.P.,* 419 F.3d 1011, 1012 (9th Cir. 2005). The statute enumerates several examples of such practices, 15 U.S.C. § 1692e, as well as several examples of unfair practices, 15 U.S.C. § 1692f. The FDCPA also provides, for example, that debt collectors may not harass or annoy debtors, may not threaten debtors with arrest, and may not threaten legal action unless litigation actually is being contemplated. *See* 15 U.S.C. §1692d. Additionally, in their first communication with the consumer, debt collectors are required "to notify debtors about their ability to challenge the validity of a debt and to provide other basic information.." *Foti v. NCO Financial Systems, Inc.,* 424 F.Supp.2d 643, 653 (S.D.N.Y. 2006) (citing 15 U.S.C. §1692g). This includes informing the debtor of his or her right to ask the collection agency to "validate" the debt,and I am informing you that your alleged statements of debt is an unconscionable contract that you can and shall validate before you can legally proceed,  is this correct,  yes? Or no?.  if no, your actions have become evidence in fact of piracy?

a. it is my claim that until you answer this affidavit of truth with your affidavit of truth you **Joli A. Lofstedt, Joseph G. Rosania, have forfeited your legal authority to act as the trustee on these alleged debt matters and as stated below in this affidavit of truth,** your answer of silence is acquiescence of my claims of intentional piracy in a fraud and swindle, until you provide how you are in titled to benefit I shall accept this as your alleged legal position, but only upon your affidavit of who you are and by what power and authority you have to benefits in my private affairs, ( **11 American Jurisprudence §329, Constitutional law Page 1134: "Moreover the principles that embody the essence of constitutional liberty and security forbid all invasions, on the part of the government and its employees, of the sanctity of a man's home and the privacies of his life."(Boyd v. U. S., 116 U.S. 616, 630 , 6 S. Sup. Ct. 524 )**
 as your CRS. Chapter 24 Colorado Code of Judicial Ethics defines   **"Fiduciary"** includes relationships such as executor, administrator, trustee, or guardian. See Rules 2.11, 3.2, and 3.8.,
your rules **lack the term "beneficiary" so it is my creators intent to make sure you do not benefit from your past actions.**

2. it is my claim that if your system has presumed, alleged authority over persons validate specifically and exactly how I the nephesh chey , (living man) have become a "person" without the crime of "thief by conversion", deception, frauds and swindles, and acts of piracy taking place, **is this correct and applies to the intent of your actions yes or no?**

3. it is my claim that you and all named and involved would need to provide a valid oath of office, with a valid bond, per the constitution of 1789, to "counterclaim my creators claim" of your actions of piracy and rules on piracy apply to this, and your previous actions. **Is this correct and applies to the intent of your actions yes or no?**

4. if or when you validate the debt, validate the legal title holder to the name, and validate by your affidavit it is my claim that I am in titled to the popes decree of the year of jubilee, Pope Francis Presents "Bull of Indiction" of "Jubilee of Mercy" (Vatican Radio) Pope Francis on Saturday afternoon (April 11th) proceeded with the presentation of the official Bull of Indiction of the Extraordinary Jubilee of Mercy, set to begin December 8.

5. it is my claim that the bankruptcy Court has created evidence in fact of **"abuse of public office"** in multiple ways, by accepting payments of bribery, illegal and unlawful benefits that you are not in titled too. My evidence in fact of piracy, a felony in progress, **is this correct and applies to the intent of your actions yes or no?**

6. it is my claim that evidenced in fact as a nephesh chey (living man) that i am **"special and private"** and the ones named in this action "seeking benefits that you/they are not in titled too, **brainwashing for illegal purposes"** have all violated canon rules ARTICLE XXIX ETHICS IN GOVERNMENT canons 1-4 and this has become evidence in fact of the commander and chief of these canon laws pope Francis taking away your diplomatic immunity, **"His Holiness Pope Francis has issued a Motu proprio on criminal law matters. Apostolic Letter of Pope Francis! Strips Away High Official Immunity September 1st 2013!"** so your past actions leave you no options as career criminals to object or rebut point by point in this lawful action or suffer the consequence of this action of a commercial lien.

**The Pope can abolish any law in the United States (Elements of Ecclesiastical Law Vol. 1, 53-54)**
**Why does the Pope have the power to abolish any US law he wants? According to this 1893 Vatican issued book?**
**Elements of Ecclesiastical Law. Vol. I (ninth edition, 1893)**
**Pages 53-54. Please read for yourself:** http://www.archive.org/stream/elementsof... **is this correct and applies to the intent of your actions yes or no?**

### Code of Conduct for United States Judges
The Code of Conduct for United States Judges includes the ethical canons that apply to federal judges and provides guidance on their performance of official duties and engagement in a variety of outside activities.

Introduction
Canon 1: A Judge Should Uphold the Integrity and Independence of the Judiciary
Canon 2: A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities
Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently
Canon 4: A Judge May Engage in Extrajudicial Activities That are Consistent With the Obligations of Judicial Office
Canon 5: A Judge Should Refrain From Political Activity
Compliance with the Code of Conduct

7. it is my claim evidenced in fact that if you presume to be my legal trustee, in this fraud and swindle, that you have breached the contract, breached the trust and have automatically forfeited your position to act as the trustee over these matters, or if you need me to state "You are Fired" ! Do you understand and is this correct, yes? or no?   .

**15 U.S. Code § 1 - Trusts, etc.,** in restraint of trade illegal; penalty; which
states;" Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the (this) court." **is this correct and applies to the intent of your actions yes or no?**

**15 U.S. Code § 2 - Monopolizing trade a felony**; penalty, which states; " Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the (this) court." **is this correct and applies to the intent of your actions, yes or no?**

## Definition of Felon per Bouvier's law dictionary 1856 edition

**FELON**, crimes. One convicted and sentenced for a felony. **2. A felon is infamous, and cannot fill any office, or become a witness in any case, unless pardoned, except in cases of absolute necessity, for his own preservation, and defence; as, for example, an affidavit in relation to the irregularity of a judgment in a cause in which he is a party. FELONY**, crimes.

**An offence which occasions a total forfeiture of. either lands or goods, or both, at common law, to which capital or other punishment may be super-added, according to the degree of guilt.** 4 Bl. Com, 94, 5; 1 Russ. Cr. *42; 1 Chit. Pract. 14; Co. Litt . 391; 1 Hawk. P. C. c. 37; 5 Wheat. R. 153, 159. **is this correct and applies to the intent of your actions, yes or no?**

The Sherman Antitrust Act (Sherman Act,[1] 26 Stat. 209, 15 U.S.C. §§ 1–7) is a landmark federal statute in the history of United States antitrust law (or "competition law") passed by Congress in 1890. It prohibits certain business activities that federal government regulators deem to be anti-competitive, and requires the federal government to investigate and pursue trusts. It has since, more broadly, been used to oppose the combination of entities that could potentially harm competition, such as monopolies or cartels.

Colo. Const. Art. XXIX, Section 6 (2012); Section 6. Penalty, which states; "Any public officer, member of the general assembly, local government official or government employee who breaches the public trust for private gain and any person or entity inducing such breach shall be liable to the state or local jurisdiction for double the amount of the **financial equivalent of any benefits obtained by such actions.** The manner of recovery and additional penalties may be provided by law. Gifts from Lobbyists. A professional lobbyists (ie; CTSI, COLORADO BAR ASSOCIATION) may not give gifts or things of value to government officials or employees at all, in any amount."        Independent Ethics Commission Position Statement 09-01

**USC 18 §241; CONSPIRACY AGAINST RIGHTS, which states**; "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right they shall be fined under this title or imprisoned not more than ten years, or both," **is this correct and applies to the intent of your actions, yes or no?**

**USC 18 §242; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW,** which states; "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both;" **is this correct and applies to the intent of your actions, yes or no?**

**18 USC § 1025 - False pretenses on high seas and other waters;** "Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States ("the People's Land"), by any fraud, or false pretense, obtains from any person anything of value, or procures the execution and delivery of any instrument of writing or conveyance of real or personal property, or the signature of any person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the signature of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, shall be fined under this title or imprisoned not more than five years, or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both;" **is this correct and applies to the intent of your actions, yes or no?**

**18 USC § 912 - Officer or employee of the United States:** "Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both;" **is this correct and applies to the intent of your actions, yes or no?**

**Title #28, which refers to the "FOREIGN CORPORATE STATE,"** a.k.a. "B.A.R.", a.k.a. "BRITISH ACCREDITATION REGISTRY ? AND/OR SON," and, also, identifies All Federal, State, County, and Municipal judges & magistrates, and mandates a "required membership of the B.A.R. of the location in which an individual is to serve as a magistrate judge;" **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1651 - Piracy under law of nations

"Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1652 - Citizens as pirates

"Whoever, being a citizen of the United States, commits any murder or robbery, or any act of hostility against the United States, or against any citizen thereof, on the high seas, under color of any commission from any foreign prince, or state, or on pretense of authority from any person, is a pirate, and shall be imprisoned for life." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1653 - Aliens as pirates

"Whoever, being a citizen or subject of any foreign state, is found and taken on the sea making war upon the United States, or cruising against the vessels and property thereof, or of the citizens of the same, contrary to the provisions of any treaty existing between the United States and the state of which the offender is a citizen or subject, when by such treaty such acts are declared to be piracy, is a pirate, and shall be imprisoned for life." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1654 - Arming or serving on privateers

"Whoever, being a citizen of the United States, without the limits thereof, fits out and arms, or attempts to fit out and arm or is concerned in furnishing, fitting out, or arming any private vessel of war or privateer, with intent that such vessel shall be employed to cruise or commit hostilities upon the citizens of the United States or their property; or Whoever takes the command of or enters on board of any such vessel with such intent; or Whoever purchases any interest in any such vessel with a view to share in the profits thereof—Shall be fined under this title or imprisoned not more than ten years, or both." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1656 - Conversion or surrender of vessel

"Whoever, being a captain or other officer or mariner of a vessel upon the high seas or on any other waters within the admiralty and maritime jurisdiction of the United States, piratically or feloniously runs away with such vessel, or with any goods or merchandise thereof, to the value of $50 or over; or Whoever yields up such vessel voluntarily to any pirate—Shall be fined under this title or imprisoned not more than ten years, or both." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1657 - Corruption of seamen and confederating with pirates

"Whoever attempts to corrupt any commander, master, officer, or mariner to yield up or to run away with any vessel, or any goods, wares, or merchandise, or to turn pirate or to go over to or confederate with pirates, or in any wise to trade with any pirate, knowing him to be such; or Whoever furnishes such pirate with any ammunition, stores, or provisions of any kind; or Whoever fits out any vessel knowingly and, with a design to trade with, supply, or correspond with any pirate or robber upon the seas; or Whoever consults, combines, confederates, orcorresponds with any pirate or robber upon the seas, knowing him to be guilty of any piracy or robbery; or Whoever, being a seaman, confines the master of any vessel— Shall be fined under this title or imprisoned not more than three years, or both." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1658 - Plunder of distressed vessel

"(a) Whoever plunders, steals, or destroys any money, goods, merchandise, or other effects from or belonging to any vessel in distress, or wrecked, lost, stranded, or cast away, upon the sea, or upon any reef, shoal, bank, or rocks of the sea, or in any other place within the admiralty and maritime jurisdiction of the United States, shall be fined under this title or imprisoned not more than ten years, or both.

(b) Whoever willfully obstructs the escape of any person endeavoring to save his life from such vessel, or the wreck thereof; or Whoever holds out or shows any false light, or extinguishes any true light, with intent to bring any vessel sailing upon the sea into danger ordistress or shipwreck—Shall be imprisoned not less than ten years and may be imprisoned for life." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1659 - Attack to plunder vessel

"Whoever, upon the high seas or other waters within the admiralty and maritime jurisdiction of the United States, by surprise or open force, maliciously attacks or sets upon any vessel belonging to another, with an intent unlawfully to plunder the same, or to despoil any owner thereof of any moneys, goods, or merchandise laden on board thereof, shall be fined under this title or imprisoned not more than ten years, or both." **is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S. Code § 1660 - Receipt of pirate property

"Whoever, without lawful authority, receives or takes into custody any vessel, goods, or other property, feloniously taken by any robber or pirate against the laws of the United States, knowing the same to have been feloniously taken, shall be imprisoned not more than ten years." **is this correct and applies to the intent of your actions,**

yes or no?

### 18 U.S. Code § 1661 - Robbery ashore

"Whoever, being engaged in any piratical cruise or enterprise, or being of the crew of any piratical vessel, lands from such vessel and commits robbery on shore, is a pirate, and shall be imprisoned for life." **Is this correct and applies to the intent of your actions, yes or no?**

### 18 USC § 1016; 18 USC § 1018; 42 USC § 3795a; Colo. Const. Art. XII, Section 8;

Colo. Const. Art. XXIX, Section 2; C.R.S. #30-10-111.   **Is this correct and applies to the intent of your actions, yes or no?**

### 42 USC § 14141 - Cause of action;

"Unlawful conduct; It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States;" **Is this correct and applies to the intent of your actions, yes or no?**

### ARTICLE III, SECT. Ɛ 3; TREASON

Colo. Const. Art. XXIX, Section 2 (2012); Section 2. Definitions; As used in this article, unless the context otherwise requires: (1) "Government employee" means any employee, including independent contractors, of the state executive branch, the state legislative branch, a state agency, a public institution of higher education, or any local government, except a member of the general assembly or a public officer. >>>............

(2) (6) "Public officer" means any elected officer, including all statewide elected officeholders, the head of any department of the executive branch, and elected and appointed members of state boards and commissions. "Public officer" does not include a member of the general assembly, (or) a member of the judiciary!" **Is this correct and applies to the intent of your actions, yes or no?**

[1B-2g-5] **Title 42 U.S.C. Section 1994:** The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or State of the United States;and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void. **Is this correct and applies to the intent of your actions, yes or no?**

[1B-2g-6] **Title 18 U.S.C. Section 1581:** Peonage; obstructing enforcement (a) Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both. (b) Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a). 159. [1B-2g-7] Title 18 U.S.C. Section 3: Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years. **Is this correct and applies to the intent of your actions, yes or no?**

### 18 U.S.C.S. 645

"Whoever, being a United States marshal, clerk, receiver, referee, **trustee**, or other Officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or the use of another, or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined not more than double the value of the money so embezzled or imprisoned not more than ten years, or both; but if the amount does not exceed $100, he shall be fined not more than $1,000 or imprisoned not more than one year, or both." **Is this correct and applies to the intent of your actions, yes or no?**

THAT in light of the foregoing claims, all alleged contracts and agreements between this Affiant, "robert joseph intlekofer", and the IRS, its Principals, or the "United States" are "unconscionable, baseless and frivolous filings". I herein, hereby and herewith revoke, disavow, and renounce my signature on any and all documents, instruments, or forms I may have ever signed with the IRS, its Principals, or the "United States," or any other parties or entities whatsoever that might purport to have furnished any contractual agreement or nexus between myself and the IRS, its Principals, or the "United States."  **is this correct and applies to the intent of your actions, yes or no?**

As a result of the criminal fraud, breach of trust, malfeasance, and personage practiced against robert joseph intlekofer by acting judges with no oath of office, illegally press-ganged into the international jurisdiction of the sea, suffered inland piracy, and unlawful conversion, identity theft, copyright infringement, and credit fraud. Suffered false arrest, armed extortion, racketeering, and eviction under the false presumptions and mis-characterizations created by your systemic fraud, denied "essential governmental services" under Article IV, Section 3, Clause 2 of the original equity contract governing our relations with the Federal United States and who claim automatic cancellation, breach of trust with the miss-administration, malfeasance, incompetence, and reckless dishonesty of the banks, their governmental services corporations, and the private corporate officers who have been impersonating public officials in demonstrable Bad Faith.  **is this correct and applies to the intent of your actions, yes or no?**

This is to inform all that I have been adopted by a sovereign creator and as his son, lost but now found, not dead at sea but alive and walking and living on the eretz/land, no longer abused, neglected, abandoned or exploited, I have changed my political status and to correct the civil records maintained by the probate courts to end all false presumptions and hostilities being offered against the nephesh chey/living soul by federal employees, agents, subcontractors, and secondary creditors---including their bill collectors, the American Bar Association and the Internal Revenue Service. I am a Priority Creditors, not the banks which are using the various governmental services corporations as fronts to veil their self-interest in these matters.  **is this correct and applies to the intent of your actions, yes or no?**

The American Bar Association and the Internal Revenue Service are both owned and operated by Northern Trust, Inc. as private, for-profit, foreign debt collection agencies. They are not units of government, not professional associations, not even non-profit organizations. They are criminal syndicates operating under color of law and semantic deceit in violation of their corporate charters and the Bar Association Treaty allowing them to be here; whereupon we have established a formal commercial obligation lien against the American Bar Association and the International Bar Association and the Department of Justice, which again, as it turns out, is nothing but a private corporation and subcontractor having no public function or office or delegated authority whatsoever.  **is this correct and applies to the intent of your actions, yes or no?**

**"It shall not be a defense that the accused Person had any interest in the moneys or fund."**

"No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril." Middleton v. Low (1866),  30 C. 596, citing Prosser v. Secor (1849), 5 Barb.(N.Y) 607, 608.
"The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury." Owens v. City of Independence, 100 S. Ct 1398 (1980).
"Attorneys can't testify; statements of counsel in brief or in oral argument are not facts before the court." – Unites States v. Lovable 4 U.S. 783,97 S. 2004, 52 L. Ed. 2d 752 and Gonzales v. Buist 224 U.S. 126. 56 L.. 693. 32. Ct. 463.S.163. "An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness," and, "Statements of counsel in brief or in argument are not facts before the court." – Trinsey v. Pagliaro D.C. Pa (1964), 229 F. Supp. 647
**"All codes, rule and regulations are applicable to the government authorities only,** not human/Creators in accordance with God laws. All codes, rules and regulations are unconstitutional and lacking in due process." – Rodriques v Ray Donavan (U.S. Department of Labor, 769 F. 2d 1344, 1348  (1985).
" Mere good faith assertions of power and authority (jurisdiction) have been abolished" – Owens v. The City of Independence (1980)
"Courts are constituted by authority and they cannot go beyond that power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgments or orders are regarded as nullities; they

are voidable, but simply void, and this even prior to reversal." -
WILLIAMSON v. BERRY, 8 HOW. 945. 540 12 L. Ed. 1170, 1189 (1850).

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action." – Melo v. U.S., 505 F 2d 1026

**"There is no discretion to ignore lack of jurisdiction."** – Joyce v. U.S. 474 2D 215.

**"The burden shifts to the court to prove jurisdiction."** – Rosemond v. Lambert, 469 F 2d 416170. Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." – Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150

"The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." 100 S. Ct. 2502 (1980)

**"Jurisdiction can be challenged at any time."** Basso v. Utah Power & Light Co. 495 F 2d 906, 910.

**"Once challenged, jurisdiction cannot be assumed, it must be proved to exist."** Stuck v. Medical Examiners 94 Ca 2d 751. 211 P2d 389.

**"Jurisdiction, once challenged, cannot be assumed and must be decided."** Maine v. Thiboutot 100 S. Ct. 250.

**"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."** Hagans v Lavine 415 U.S. 533.

**"Where rights are secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."** - Miranda v. Arizona, 384 US 436 at 491.

Corpus Juris Secundum: "The Body of Law" or Legal encyclopedia, Volume 7, Section 4: as quoted: "Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and not to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter."178. "No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril." Middleton v. Low (1866), 30 C. 596, citing Prosser v. Secor (1849), 5 Barb.(N.Y) 607, 608.

" ...If one individual does not possess such a right over the conduct of another [a corporate presumption over a living man, when the living man is paramount over all corporations] no number of individuals [in a deliberative body] can possess such a right. All combinations, therefore, to effect such an object, are injurious, not only to the individuals particularly oppressed, but to the public at large". People v. Fisher, 14Wend.(N.Y.) 9, 28 Am.Dec. 501

The U.S. Supreme Court has stated, that, "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).

"Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of mind where he lives, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below). **If a judge does not fully comply with the Constitution, then his orders are void,"** In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

"Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821) What is the penalty for treason? Please reply in particularity & specificity.

"Any judge or attorney who does not report the above judges for treason as required by law may themselves be guilty of misprision of treason." 18 U.S.C. Section 2382.

"It is where the "court," or a (crew) member, is corrupted, influenced, is attempted, or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

It is also clear [IN THIS ACTION], and well-settled at law that any attempt to commit **"fraud upon the court vitiates the entire proceeding."** The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934);165. **"The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions."** Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929);

**"The maxim that fraud vitiates every transaction into which it enters...,"** In re Village of Willowbrook, 37 Ill.App.2d 393 (1962);

"It is axiomatic that fraud vitiates everything." Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896); Skelly Oil Co. v. Universal Oil Products Co., 338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949);     Thomas

Stasel v. The Federal law, states; "when any officer of the court
has committed "fraud upon the court," the orders and judgment of [THIS, OR] that court are void, of no legal force or effect." **all the previous are they correct and applies to the intent of your actions, yes or no?**

**my sovereign creator of heaven and earth shall proceed to the actions of  RELIEF & REMEDY in this lawful action: to return back to his people the property's and land on day 7**

**"The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury."** Owens v. City of Independence, 100 S.Ct 1398 (1980).

Foreign: The term "foreign" when applied to a corporation or partnership means a corporation or partnership which is not domestic.

Foreign service of process: Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process of, and on, a foreign corporation is governed by Fed. R. Civ. P. 4(d) (3).

Profiteering: Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.

Person: In general usage, a human being (i.e. natural person) though by statute term may include a firm, labor organizations, partnerships, associations, corporations,legal representative, trustees, trustees in bankruptcy, or receivers. National Labor Relations act, §2(1). A corporation is a "person," and "PERSON," within the meaning of equal protection and due process provisions of the United States Constitution.

Foreign Court: The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the states when their judgment or records are introduced in the courts of another.

Foreign jurisdiction: Any jurisdiction foreign to that of the forum; e.g. a sister state or another country. Also the exercise by a state or nation jurisdiction beyond its own territory. Long-arm Service of process is a form of such foreign or extraterritorial jurisdiction.

REGISTRATION: Recording; inserting in an official register; the act of making a list, catalog, schedule, or register, particularly of an official character, or of making entries therein.

MARITIME LAW: Law governing sea or seaport bound actions conducted and commerce transacted. Registration, license, and inspection procedures for ships and shipping contracts, insurance and carriage of goods and passengers are included.

SALVAGE LIEN: a maritime lien by a person who has helped in saving a ship, part of a ship and or its cargo. Maritime law recognizes theses liens to be legitimate.

Lien Release: A lien release is when the holder of a lien, or security interest in a piece of property, lifts or waives the lien, rendering the property free to purchase.

SALVAGE VALUE: The residual value of a product when it has reached the end of its productive life but still has a value if salvaged for recycling or reselling its parts.

SALVAGE PROPERTY: Property that is no longer valuable as its intended purpose but has value as scrap or as being resold.

court cases used in this action is only for your understanding of what you are/were required to follow, that validates my claims,  all involved in your system for piracy in this action!

THAT this Commercial Affidavit, Notice and Warning of Commercial Grace, is the ONE AND ONLY such Notice and Warning. If all IRS "assessments" and collection actions against me on their basis are not abated within thirty (30) days, or if at any time in the future any IRS "assessments" and collection actions based thereon are reinstituted against me, it shall be considered a willful disregard for this Notice and Warning, and such shall engender the immediate filing of Criminal Complaints (Affidavits of Information) and Commercial Liens (Affidavits of Obligation) against all parties involved. **And this addendum shall also be a attachment to S.E.C. Tracer Number of #2640220 is a "commercial securities tag," and is but a single Exhibit, out of thousands, of the prima facie evidence of the A.B.A.'s conspiracy to commit sedition, piracy, and commercial fraud, against the Lien Claimants,**

PEACE," SHALL, again without fear, trepidation, hesitation, or waiver, use the following Rules of law to, also, DISMISS, WITH EXTREME PREJUDICE, ALL ALLEGED CHARGES, JUDGMENTS, ORDERS, SENTENCES, FINES, FEES,  WRITS, OR WARRANTS, LEVIED AGAINST this nephesh chey (living man) , and he  SHALL COMMAND, that this  nephesh chey (Natural Man's) PUBLIC

RECORD BE CLEARED & EXPUNGED OF THESE FALSE, FABRICATED, AND FRAUDULENT "CRIMES" FROM ALL LISTS, REGISTERIES, AND DATA LOGS, AND FROM WHEREVER! this Natural Man's good name (NAME) has been commercially tarnished, obstructed, slandered, libeled, or defiled; Along with the EXPUNGEMENT of the PUBLIC RECORD, the COUNTY SHERIFF SHALL, without pause, or delay, return this Natural Man's "Mugshots," and his "Fingerprints," as these are "Private Property," which were STOLEN by war, booty, and/or military prize, and I can now do the same as a sons or daughters of a sovereign creator!

### ATTESTMENT OF OATH & AFFIRMATION:

As Granted, as Beneficiary, "Holder-in-due-course along with my creator," "Witness," an "Injured living man," and as "special and private," an "unincorporable, non-military, non- bankrupt, and non-combatant non - decedent nephesh chey (man & woman) on the Land," and NOT born of, or inhabiting the Sea, along with my "autograph" below, is my Oath, my Affirmation, my Bond, my Honor, to expose & present the Truth, the whole Truth, and NOTHING but the Truth, so help me yhwh!

As "unincorporable, non-combatant, and non-bankrupt man & woman of the Land," NO CORPORATE SIGNATURE OR SEAL is, then, necessary, or REQUIRED, under Universal & Natural Law.

All Rights & Protections Reserved

"*Robert J. Intlekofer*"

robert joseph intlekofer an at risk disabled senior

seal ". . . . . ."

family crest

(roman Date:_12_ / _29_/2015)  "my creators day 7"
Authorized Agent/Petitioner/Court Administrator/Beneficiary of Trust
THESE NOTICES, DEMANDS, AND "SALVAGE LIENS," ARE VALID & EXECUTABLE TENDER IN, OR ON, ANY FOREIGN COURT OF LAW, De'Facto, or De'jure, by ANY one Natural Man, or Woman, Living on the Land, and it is the Civic Duty of the COUNTY SHERIFF, his Deputies, or members of the Militia, the COUNTY CLERK, and/ or ALL PUBLIC TRUSTEES, to ACCEPT, ENDORSE, SERVICE, and to EXECUTE, WITHOUT DELAY, OR OBSTRUCTION, these NOTICES, WRITS, DEMANDS & RIGHTS OF SALVAGE!........ and, Without Exception, or Sanction!.............PERIOD!!
NOTICE TO FOREIGN AGENT IS NOTICE TO FOREIGN PRINCIPLE! NOTICE TO FOREIGN PRINCIPAL IS NOTICE TO FOREIGN AGENT!

Having exhausted his DEMANDS, ORDERS, PETITIONS, with the Private, Foreign, De'Facto Courts, Petitioner, "**never was and or no longer bound by the fraud of your court**", may, at his own discretion, provide service to whom he will, in Public & Private venues, without having to NOTICE the De'Facto Courts, "yet I shall keep the honor of my creator yhwh."

Chair, Committee on Codes of Conduct,  c/o General Counsel Administrative Office of the United States Courts Thurgood Marshall Federal Judiciary Building One Columbus Circle, N.E. Washington, D.C. 20544 202-502-1100

**Archbishop**  Archbishop Samuel J. Aquila_  303-715-3129

**Moderator of the Curia  Very. Rev. Randy Dollins, V.G.  303-715-3263**

**Very Rev. Giovanni Capucci, J.C.D.  Metropolitan Tribunal and Office of Canonical Affairs  1300 South Steele Street Denver, CO 80210, 303-894-8994  tribunal.office@archden.org**

*9 of 9*